UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Steven A. McLeod vs. U.S. Department of Justice, et al.

# APPENDIX

EXH.#

#1 - Police Report by T.P.D. Detective Scott Wolfe - dated 9/20/00
#2 - Police Report Supplement by T.P.D. Detective Scott Wolfe - dated 10/3/00
#3 - F.B.I. Return of Property receipt dated 9-29-00
#4 - T.P.D. Property Record dated 9-29-00
#5 - Hillsborough Co. Sheriff's Office Individual Charge Report
#6 - ICQ Chatroom Log dated 9/20/00
#7 - Affidavit of Nicola J. Eakins dated April 3rd, 2001
#8 - Letter to Hills. Co. Commission Chairman dated 12/10/03
#9 - Information Requested by F.B.I. Agent Janet Pellichotti on 9/21/04
#10 - Freedom of Information Act to F.B.I. Public Corruption Squad dated 8/7/05
#11 - Freedom of Information Act request to Asst. U.S. Atty. Robert O'Neill dated 8/7/05
#12 - U.S. Department of Justice FOIA response dated 9/19/05
#13 - Letter of Objection to Marie A. O'Rourke concerning D.O.J. F.O.I.A. response
#14 - Response from F.B.I. on F.O.I.A. request dated 9/20/05
#15 - Notice Of Intent To File F.O.I.A. Action In Federal Court dated 12/7/05