TAMPA POLICE DEPARTMENT - AUXILIARY REPORT

Page 1 of 2

| | Offense/Incident | State Statute | Location | | |
|---|---|---|---|---|---|
| 1 C/A | Sexual Battery | 794.011 | 8101 N. Dakota Avenue | 01 | 03 |
| C/A | False Imprisonment | 787.02 | same | 1 | 2 |

Victim/Firm: Jeanneau, Marie
Address: same
Date Original Report: 9-10-00
Date This Report: 10-3-00

Status:
☐ Title Change
☐ Rec Stolen Prop
☐ Add Stolen Prop

P/U ☐ Placed  ☐ Cancelled  ☒ Arrest
☐ Unfounded        ☐ Notice to Appear
☐ Add/Corr. Info   ☐ Exceptionally Cleared
☐ Inactive         ☐ Prosecution Declined
☐ Admin. Cleared   ☐ Death of Offender
                   ☐ Extradition Declined

☒ Adult ☐ Juv Type
☐ Juv/No Custody
☐ Victim Refused to Cooperate
☐ Arrested on Primary Offense

Reopened By: _____ Referred To: _____ Retained By: _____ Original Report: ☐ Referred ☐ Retained

**Arrests:**

| Name: Last | First | Middle | Race | Sex | D.O.B. | Age | OBTS No |
| Home Address | | City | County | State | | Influence Drugs/Alcohol ☐ Yes ☐ No ☐ Unk |
| Charges | | | 11 State Statute | CTS | State Statute | CTS |

| Name: Last | First | Middle | Race | Sex | D.O.B. | Age | OBTS No |
| Home Address | | City | County | State | | Influence Drugs/Alcohol ☐ Yes ☐ No ☐ Unk |
| Charges | | | 11 State Statute | CTS | State Statute | CTS |

**Narrative**

## STAT DATA

## CASE CLOSED BY ARREST OF:

**W/M McLEOD, STEVEN A., DOB: 11-30-60**
**8101 N. DAKOTA, TAMPA, FL**

**DETAILS:** The undersigned responded to the 8101 N. Dakota address on the date of the offense and secured a search warrant for same. While there, the undersigned met and spoke with the defendant's attorney, Daniel F. Daly. It was at that point in time the undersigned read the defendant his Rights and spoke briefly to same. The defendant stated that the victim is a roommate and has been a roommate of his for a short period of time. The defendant met the victim in a recovery center for alcohol and narcotics, and they have been acquaintances for approximately six years. The defendant stated on this date he did in fact have sex with the victim, although it was digital penetration, rectally, with the defendant's little finger. The defendant indicating his left hand, little finger, pinky finger. The defendant stated he did not have penis to vagina sexual intercourse with the victim, as she is on her period.

When asked where the sexual encounter occurred, the defendant stated that it was in his bedroom on his bed, which is located in the northeast corner of the residence. The defendant further stated that the victim had diarrhea and lost her bowel movement in the hallway area. The undersigned asked the defendant if the sexual activity encountered anything kinky, i.e.; ropes, chains, or anything of that nature, to which he stated no, that it did not. It should be noted that the rope that the victim described was located in the lower left-hand drawer of the desk, located in the computer

—Exhibit #2

Reporting Officer

| TAMPA POLICE DEPARTMENT CONTINUATION ...TER | | Page 2 of 2 |
|---|---|---|
| Offense/Incident: Sexual Battery | Location: 8101 N. Dakota Avenue | Date: 10-3-00 |
| Victim/Firm: Jeanneau, Marie | Address: same | |

room. It should also be noted that the victim gave testimony that she thought she saw herself on the computer, performing oral sex on the defendant. It should be noted that the victim wears glasses and/or contacts, although she had neither on at the time of the assault.

The undersigned spoke with Det. Sheehan of the FBI Task Force, who was in custody of the computer, and the undersigned was given information taken from the computer, which is a chat room conversation that started Tuesday, 19SEP00, at 0001 hours. It should be noted that the information contained in these transcripts apply directly to the scenario as so stated by the victim. For further information and detail in reference this, refer to same attached.

It was also ascertained by the FBI liaison, Det. Sheehan, that there were clips of oral sex also on the computer hard drive, which he retrieved and placed them on a disk, and is forthcoming for review of the undersigned. Supplements will follow in regards to the aforementioned.

The computer's hard drive was retrieved Friday, 29SEP00, by Det. Dickie, who transported same to the Police Impound Lot.

AMS

Reporting Officer    Div/Sqd    Second Officer