Jun. 23. 2003 3:30PM   CO  MPOUND LOT        No. 9606   P. 5/8

FD-597 (Rev. 8-11-94)                                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) **9-29-00**

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) **DET. J. DICKIE    TAMPA PD.**
(Street Address) **411 N. FRANKLIN ST.**
(City) **TAMPA, FL 33602**

Description of Item(s):
1) ONE VLP CPU NO SERIAL VISIBLE
2) BOX OF FLOPPIE DISKS.

— Exh. #3

Received By: **Dickie**      Received From: **Robert T. Ali**

Jun. 23. 2003 3:30PM    COTTONWOOD LOT    No. 9606  P. 4/8

# TAMPA POLICE DEPARTMENT
## PROPERTY RECORD

PAGE 1 OF 1

TYPE OF OFFENSE: Sexual Battery (Sodomy)    TPD REPORT #: 00-70522

LAB #: ___    COURT CASE #: ___

PROPERTY TYPE:    EVIDENCE ☒    FOUND ☐    RECOVERED ☐    DECEASED ☐    PERSONAL ☐

DATE SUBMITTED: 9/29/00    BY: J Dickie    DIV: MCB    PAYROLL: 31029

OFC/DET: ___    DIV: ___    PAYROLL: ___

**RELATED PERSONS**

SUSPECT: McCleod    Steven    A    M    DOB: 11-30-60
OWNER: ___    ___    ___    DOB: ___
VICTIM: ___    ___    ___    DOB: ___
CLAIM: ☐Y ☐N  FINDER: ___    ___    ___    DOB: ___
FINDERS ADDRESS: ___    ZIP: ___
ADDITIONAL RELATED PERSONS: ___    ___    ___    DOB: ___

NOTE: FIREARMS ENTERED WITH OTHER PROPERTY ARE LISTED ON A FIREARMS SUPPLEMENT.

| PKG. # | ITEM | DESCRIPTION (Includes Serial #) | NARCOTICS WEIGHT | VALUE | PROPERTY SECTION CONTROL # | BIN |
|---|---|---|---|---|---|---|
| 1 | 1 | CPd | | | | NB-45 |
| 2 | 1 | Box of Disks | | | | |

SEALED PACKAGE RECEIVED BY: Virginia Pruby

EVIDENCE TECHNICIAN PAYROLL #: 27858

DATA ENTRY BY PAYROLL #: ___

TPD 7 (10/95)    Exhibit #4

1225
Package Entry Time