

## Individual's Charge Report

The data on this site reflects only arrest and booking information.
To determine the final disposition of any criminal charges contact the Clerk of the Circuit Court.

This report includes: Aliases   Cell Location   Charges

| NAME | BOOKING NO. | PIN NUMBER |
|---|---|---|
| MCLEOD,STEVEN ALAN | 00052174 | 814087 |

| STATUS | BOND | CASH | FINE | PURGE |
|---|---|---|---|---|
| STATUS - IN JAIL | NO BOND | .00 | .00 | .00 |

| STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 8101 DAKOTA AV N | TAMPA | FL | 33604- |

| RACE | SEX | ETHN | POB | DOB | ARREST AGE | SSN |
|---|---|---|---|---|---|---|
| W | M | N | MD | 11/30/60 | 39 | |

| EYES | HAIR | BUILD | CURRENT AGE | HEIGHT | WEIGHT | SOID | SOID NAME |
|---|---|---|---|---|---|---|---|
| BRO | BRO | LAR | 39 | 600 | 170 | 00147327 | MCLEOD,STEVEN ALAN |

| OBTS | CAUTION IND | CAUTION REMARKS |
|---|---|---|
| 12581747 | NA | NONE LISTED |

| ALIASES | DATE OF BIRTH | SOC SEC NUMBER |
|---|---|---|
| NONE | | |

| ATTORNEY | ADDRESS | PHONE |
|---|---|---|
| DAN NELLY | | -- |

| NEXT OF KIN | ADDRESS | RELATIONSHIP |
|---|---|---|
| | | |

| EMPLOYER | OCCUPATION | ADDRESS |
|---|---|---|
| NATIONAL LEGAL ALLIA | OWNER | NA TAMPA FL |

| ARREST AGNCY | ARREST DATE | ARREST TIME | BOOK DATE | BOOK TIME |
|---|---|---|---|---|
| TPD | 09/20/00 | 12:30 | 09/20/00 | 15:50 |

| ARREST LOCATION | JURISDICTION |
|---|---|
| 8101 DAKOTA AV N | TA |

| CELL LOCATION | CELL | LAST CLASSIFICATION DATE & TIME | PROPERTY LOCATION |
|---|---|---|---|
| ORJ | | 10/21/00 AT 22:41 | |

— Exhibit #5

http://www.hcso.tampa.fl.us/pub/default.asp?/Online/qdisp

Case 1:06-cv-00247-JDB   Document 1-6   Filed 02/10/2006   Page 2 of 2

Page 2 of 2

Individual's Charge Report

| NO. | CHARGE DESCRIPTION | CLASS | COURT | DISP | BOND | BP | FINE | CUSTODY DAYS | CHARGE COUNT | CHARGE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SEX. BATT. (DEAD. WEA. OR FORCE CAUSE INJU | FL | 31 | PN | .00 | B | | 36 | 1 | PC |

| REPORT # | CT-CASE # | DATE | AGENCY | OBTS NUMBER | CHARGE CODE | CRA NUMBER |
|---|---|---|---|---|---|---|
| 00070522 | 0015913 | 09/20/00 | TPD | 12581747 | RAPE3000 | 151809 |

REMARK
WITH KNIFE

REMARK
NO BD JD HEINRICH 092100

| NO. | CHARGE DESCRIPTION | CLASS | COURT | DISP | BOND | BP | FINE | CUSTODY DAYS | CHARGE COUNT | CHARGE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | FALSE IMPRISONMENT | F3 | 31 | PN | 100,000 | B | | 36 | 2 | PC |

| REPORT # | CT-CASE # | DATE | AGENCY | OBTS NUMBER | CHARGE CODE | CRA NUMBER |
|---|---|---|---|---|---|---|
| 00070522 | 0015913 | 09/20/00 | TPD | 12581747 | KIDN5000 | 151809 |

REMARK
BD SET JD/ESPINOSA 102500

| NO. | CHARGE DESCRIPTION | CLASS | COURT | DISP | BOND | BP | FINE | CUSTODY DAYS | CHARGE COUNT | CHARGE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | SEX. BATT. (DEAD. WEA. OR FORCE CAUSE INJU | FL | 31 | PN | .00 | B | | 36 | 3 | PC |

| REPORT # | CT-CASE # | DATE | AGENCY | OBTS NUMBER | CHARGE CODE | CRA NUMBER |
|---|---|---|---|---|---|---|
| 90070522 | 0015913 | 09/20/00 | TPD | 125814087 | RAPE3000 | 151809 |

REMARK
WITH KNIFE

REMARK
NO BD JD HEINRICH 092100

Information provided should not be relied upon for any type of legal action.
Hillsborough County Sheriff's Office - 10/26/2000 @ 15:04:53

http://www.hcso.tampa.fl.us/pub/default.asp?/Online/qdisp                    10/26/00