```
------------------------------------------
    ICQ History Log For:
       82247684   MILESLONG
 Started on Thu Oct 26 14:18:52 2000
------------------------------------------
nikijeakin 9/20/00   3:28 PM   hi sexy:)

MILESLONG   9/20/00   3:29 PM   HI


nikijeakin 9/20/00   3:29 PM   just got the new one but left the c.d.
burner
                                opff they said ii was better off b
uying one
                                for the outside rather than buy on
e built into
                                it
```

Exhibit #6

Page 1

# AFFIDAVIT

On March 23rd, 2001, in Hillsborough County Corthouse, Courtroom #7. I was at the sentencing For Steven A McLeod sitting in the front row of seats third down from the end. There was a man sitting in the end seat, Ms. Susan Rossomondo came over and was talking to him about Mr. McLeod's case and sentencing. Ms. Susan Rossomondo than motioned for Detective Wolfe to come over to them and when he did, Ms. Rossomondo introduced Detective Wolfe to this man as "this is the detective that tied the knots in the rope" this man must not have quite heard her or maybe thought he misunderstood Ms. Rossomondo because he looked at her and asked what and Ms. Rossomondo again told him that "this is the Detective that tied the knots in the rope". Apparently this man is James Muench who works for the U.S. Attorney's office and prsecuted Mr. McLeod in a previous case thirteen years ago..

Nicola J. Eakins
113 South Willow Ave.
Tampa, Florida 33606

State of Florida
County of Hillsborough

Sworn to and subscribed before me __3rd__ day of __April__ 2001 by _Nicola Eakins_.

Personally Known ___ or Produced ID ✓

FLE 252630585120

Notary Republic, States of Florida



BARBARA GREEN
Notary Public - State of Florida
My Commission Expires Jan 31, 2005
Commission # CC997920

— Exh. #7