- Concise & detailed written statement
- Specific Details of each instance of case fixing & the parties involved

- Use great Detail regarding each incident of alleged case fixing & what exactly happened

- Signed statement
    - what was done
    - who did it
    - Promises/conversations made & by whom
    - Parties involved in the acts
    - How they took place
    - When & where the conversations occurred
    - When & where money agreements changed hands
    - witnesses
    - who could corroborate this
    - Documents / evidence

write to:   Public Corruption Squad
            FBI
            Suite 610
            FOB 500 E. Zach ST.
            Tampa, FL 33602

— Exh. #9

August 7th, 2005

Steven A. McLeod, D.C. #92482
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

F.B.I. Public Corruption Squad
500 E. Zack St., Suite 610
Tampa, FL 33602

Public Corruption Squad,

    This letter is my official request, pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court, In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

                                Sincerely,

cc: file

— Exhibit #10

August 7th, 2005

Robert E. O'Neill, Esq.
U.S. Attorney Office
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798

Steven A. McLeod D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Mr. O'Neill,

    This letter is my official request pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court, In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

Sincerely,

cc: file

— Exh. #11



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

SEP 19 2005

Request Number: 05-2530            Date of Receipt: August 15, 2005

Requester: Steven A. McLeal        Subject: Self ( State Case)

Dear Requester:

   In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ]  Your request has been forwarded to _____ for a direct response to you.

2. [ ]  The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3. [ ]  Your request seeks public records which may be obtained from the clerk of the court.

4. [X]  Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request.

5. [ ]  The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions presented as FOIA requests.

6. [ ]  Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

7. [ ]  This office is continuing its work on the other subject/districts mentioned in your request.

8. [X]  This is the final action my office will take on your request.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

— Exhibit #12

Form No. 005A - 6/02