UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD,<br>R#924820<br>Hamilton C.I. (Main Unit)<br>10650 S.W. 46th Street<br>Jasper, FL 32052,<br><br>        Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>1425 New York Ave., NW<br>Washington, DC 20530,<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Ave., NW<br>Washington, DC 20535,<br><br>PAUL PEREZ, U.S. ATTORNEY<br>Middle District of Florida<br>400 N. Tampa St., Suite 3200<br>Tampa, FL 33602,<br><br>FBI PUBLIC CORRUPTION UNIT<br>5525 W. Gray St.<br>Tampa, FL 33609,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 06-247 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch as counsel for Defendants in the above-captioned case.

                                   ALAN BURCH, D.C. Bar # 470655
                                   Assistant United States Attorney
                                   555 4th St., N.W., Washington, D.C. 20530
                                   (202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* plaintiff by first class mail addressed to:

> STEVEN A. McLEOD
> R#924820
> Hamilton C.I. (Main Unit)
> 10650 S.W. 46th Street
> Jasper, FL 32052

on this 7th day of March, 2006.

_____

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov