UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 06-247 (JDB) |

**DEFENDANTS FIRST MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants in this action respectfully request an additional thirty days to file their answer or otherwise respond to the complaint in this case. Plaintiff is a *pro se* prisoner serving a life sentence in state prison in Florida. See www.dc.state.fl.us/ActiveInmates/search.asp (search by D.C. No. 924820). He filed this action under the Freedom of Information Act, seeking law enforcement records relating to himself. Currently, the Defendants' answer is due March 16, 2006, and Defendants request a new deadline of Monday, April 17, 2006.

The additional time is requested in order to complete the process of ensuring that the appropriate agencies have all been contacted, and the appropriate agency records fully compiled. In addition, undersigned counsel has been pressed with several appellate matters in the last three weeks and has not had sufficient time to review the materials already obtained from some of the agencies named as defendants. At this point, Defendants anticipate filing a dispositive motion in lieu of an answer and do not anticipate needing additional time beyond the current request.

Plaintiff will not suffer any prejudice by this delay. Since he is a prisoner, appearing *pro*

*se*, Local Rule 7(m) does not apply.  A proposed order is attached.


March 15, 2006                              Respectfully submitted,

                                            KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                            United States Attorney


                                            _____
                                            ALAN BURCH, D.C. Bar # 470655
                                            Assistant United States Attorney
                                            555 4th St., N.W., Washington, D.C. 20530
                                            (202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served upon *pro se* plaintiff by first class mail addressed to:

    STEVEN A. McLEOD
    R#924820
    Hamilton C.I. (Main Unit)
    10650 S.W. 46th Street
    Jasper, FL 32052

on this 15th day of March, 2006.

                                                                ALAN BURCH, D.C. Bar # 470655
                                                                Assistant United States Attorney
                                                                555 4th St., N.W.
                                                               Washington, D.C. 20530
                                                               (202) 514-7204
                                                               alan.burch@usdoj.gov