UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-247 (JDB) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to the Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Defendants shall file their answer or otherwise respond to the Complaint by April 17, 2006.

So ordered.

This _____ day of _____, 2006.

_____
JOHN D. BATES
United States District Judge