UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
STEVEN A. McLEOD,                       )
                                        )
            Plaintiff,                  )          Civil Action No.: 06-247 (JDB)
                                        )
      v.                                )
                                        )
U.S. DEPARTMENT OF JUSTICE, *et al.*    )
                                        )
            Defendants.                 )
_____ )

**DEFENDANTS SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants in this action respectfully request an additional thirty days to file their answer

or otherwise respond to the complaint in this case.  Plaintiff is a *pro se* prisoner serving a life

sentence in state prison in Florida.  See www.dc.state.fl.us/ActiveInmates/search.asp (search by

D.C. No. 924820).  He filed this action under the Freedom of Information Act ("FOIA"), seeking

law enforcement records relating to himself.  Currently, the Defendants' answer is due April 17,

2006, and Defendants request a new deadline of May 17, 2006.

The additional time is requested for reasons that could not have been anticipated when

Defendants filed their first motion for more time.  Specifically, Plaintiff's recent correspondence

with the FBI regarding his FOIA request (asserting that he was interviewed by FBI agents) has

caused the FBI to deem it prudent to search additional record systems, even though it appeared

unlikely that responsive records would be found.  Tentative information from the FBI about this

follow-up search indicates that no responsive records were found, but due to absences from the

office recently, the FBI will not be able to finalize the necessary declarations in time for the

current deadline.

In addition, the undersigned has an unusually busy schedule before the D.C. Court of Appeals during the first week of May, and so Defendants respectfully request an additional thirty days to file their response to the complaint, which will take the form of a motion for summary judgment, along with appropriate supporting documentation.

Plaintiff will not suffer any prejudice by this delay.  Since he is a prisoner, appearing *pro se*, Local Rule 7(m) does not apply.  A proposed order is attached.

April 14, 2006                          Respectfully submitted,

                                        KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                        United States Attorney

                                        _____
                                        ALAN BURCH, D.C. Bar # 470655
                                        Assistant United States Attorney
                                        555 4th St., N.W., Washington, D.C. 20530
                                        (202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served upon *pro se* plaintiff by first class mail addressed to:

> STEVEN A. McLEOD
> R#924820
> Hamilton C.I. (Main Unit)
> 10650 S.W. 46th Street
> Jasper, FL 32052

on this 14th day of April, 2006.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov