UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. McLEOD,
    Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, et al.
    Defendants,

CASE NO. 06-cv-247 (JDB)

## NOTICE OF OBJECTION TO ANY FURTHER EXTENSIONS OF TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT

COMES NOW, the Plaintiff, Steven A. McLeod, Pro Se, filing this notice to the court and defendants counsel that the Plaintiff objects to any further extensions of time for the Defendants to file a response to the FOIA Complaint in the above-styled cause because Defendants counsel had thirty (30) days after service of process and has been given two (2) thirty day extensions of time to file a response so the ninety (90) day period to file a response is an ample amount of time.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been served by U.S. Mail to: Asst. U.S. Attorney Alan Burch, U.S. Attorney's Office, 555 Fourth Street, NW, Washington, D.C. 20530, by delivering to Mr. Fletcher, D.O.C. Mailroom Employee, on this 26th day of April, 2006.

DATED: 4/26/06

Steven A. McLeod, D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

FILED
MAY - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT