UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN A. McLEOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-247 (JDB) |

**FINAL JUDGMENT**

UPON CONSIDERATION of Defendants' Motion to Dismiss and for Summary Judgment, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Plaintiff's claims under the Freedom of Information Act ("FOIA") against the Department of Justice are Dismissed, for failure to exhaust administrative remedies, and it is

FURTHER ORDERED that summary judgment is awarded to the Federal Bureau of Investigation because its reasonable and adequate searches found no responsive information.

This is a final and appealable order, entered this _____ day of _____, 2006.

_____
JOHN D. BATES
United States District Judge