IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

CASE NO.   00-15913

VS

DIVISION: H

STEVEN ALAN MCLEOD

### NOTICE OF DISCOVERY

THE STATE OF FLORIDA, in response to defense counsel's
written Request for Discovery, pursuant to Rule 3.220 Florida Rules
of Criminal Procedure, furnishes the following information:

1.    Pursuant to Rule 3.220(b)(1)(i), Florida Rules of
Criminal Procedure, the names and addresses of all persons known to
the State of Florida to have information which may be relevant to
the offense charged or any defenses thereto or to any similar fact
evidence to be presented at trial under F.S. 90.404 (2) are as
follows:

Category A Witnesses who were present when a recorded or
unrecorded statement was taken from or made by a defendant or
codefendant pursuant to Rule 3.220 (b)(1)(A)(i)(3), F.R.CR.P.

MS  MARIE JEANNEAU
10115 N. BROOKS ST.
TAMPA, FL 33612

OFF MICHAEL J CONROY, #044792 D2 TPD

MS  SHIRLEY ENGLEMAN
NEP
1 DAVIS BLVD #609
TAMPA, FL 33606

CPL JULIA A DICKIE, #031029 D1 TPD

OFF FRED L GENNILLE, #031022 D2 TPD

OFF EDWIN ROJAS, #029281 SVC TPD

DET ROBERT J SHEEHAN, #026060 SID TPD

Exhibit #3

OFF PATRICK M WARREN, #044798 D2 TPD

DET LARRY S WOLFF, #029103 SID TPD

2.    Below is a list of the information and material within the State's possession or control which will be produced for defense counsel to inspect, copy, test and photograph:

A)    Pursuant to Rule 3.220(b)(1)(ii), Florida Rules of Criminal Procedure, Statements by persons whose names are furnished in compliance with Rule 3.220(b)(1)(i), Florida Rules of Criminal Procedure.

Yes.

B)    Pursuant to Rule 3.220(b)(1)(iii), Florida Rules of Criminal Procedure, written, recorded and/or oral statements of the accused.

Yes.

C)    Pursuant to Rule 3.220(b)(1)(iv), Florida Rules of Criminal Procedure, written recorded and/or oral statements of the co-defendants.

None.

D)    Pursuant to Rule 3.220(b)(1)(v), Florida Rules of Criminal Procedure, recorded Grand Jury minutes containing testimony of the accused.

None.

E)    Pursuant to Rule 3.220(b)(1)(vi), Florida Rules of Criminal Procedure, tangible papers or objects obtained from or belonging to the accused.

Yes.

F)    Pursuant to Rule 3.220(b)(1)(vii), Florida Rules of Criminal Procedure, material or information provided by a confidential informant.

    None.

G)    Pursuant to Rule 3.220(b)(1)(vii), Florida Rules of Criminal Procedure, electronic surveillance, pursuant to Chapter 934, Florida Statutes, of the premises of which the accused was a party, and documents relating thereto.

    None.

H)    Pursuant to Rule 3.220(b)(1)(ix), Florida Rules of Criminal Procedure, whether there has been any search or seizure and any documents relating thereto.

    Yes.

I)    Pursuant to Rule 3.220(b)(1)(x), Florida Rules of Criminal Procedure, reports or statements by experts, including results of physical or mental examinations and of scientific tests, experiments or comparisons.

    Yes.

J)    Pursuant to Rule 3.220(b)(1)(xi), Florida Rules of Criminal Procedure, tangible papers or objects intended for use at hearing or trial which were not obtained from or belonged to the accused.

    Yes.

    3.    Pursuant to Rule 3.220(b)(2), Florida Rules of Criminal Procedure, the following material information is within the State's possession or control which tends to negate the guilt of the accused as to the offense charged:  None.

    4.    In addition, please be advised that any information contained in reports or other materials provided to you pursuant to your request for discovery is deemed to be included in this response even if not specifically noted above.

5.   At a time mutually convenient to the State of Florida and defense counsel, the State will disclose to defense counsel and permit him to inspect, copy, test and photograph all information and material within the State's possession and control pursuant to Florida Rules of Criminal Procedure 3.220(b)(iii) through (xi).

6.   Pursuant to Rule 3.220(d)(1), Florida Rules of Criminal Procedure, the State of Florida expects a written list of the names and addresses of all witnesses whom defense counsel expects to call as witnesses at the trial or hearing of this case within seven days after receipt of the witness list furnished by the State of Florida.

7.   Pursuant to Rule 3.220(d)(2), Florida Rules of Criminal Procedure, the State of Florida expects a disclosure of the items set forth in subsections (i)-(iii) of Rule 3.220(d) within fifteen days after the corresponding disclosure by the State of Florida.

8.   In addition to the above, be advised of the following: The police report #00-70522, report #00-32288, sex battery exam, computer data and search warrant, and all discovery materials from case #00-15913 are enclosed.  Regarding statements of the accused, see report #00-70522, Report #00-32288 and Statement of witnesses.

I HEREBY CERTIFY that a copy of the foregoing Notice of Discovery has been furnished to _____, attorney for the defendant, this __14__ day of October, 2000.

Respectfully submitted,

JOHN F. RUDY, II
STATE ATTORNEY

Suzanne L Rossomondo
Assistant State Attorney
Florida Bar #858552

SLR/KCH

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA

CASE NO.:   00-7217
VS.                                                    00-15913

DIVISION:   H

STEVEN ALAN MCLEOD

### ADDITIONAL LIST OF WITNESSES

THE STATE OF FLORIDA, in compliance with its continuing duty of disclosure pursuant to Rule 3.220(f), Florida Rules of Criminal Procedure, furnishes the following additional list of witnesses:

Category A Witnesses who were present when a recorded or unrecorded statement was taken from or made by a defendant or codefendant pursuant to Rule 3.220 (b)(1)(A)(i)(3), F.R.CR.P.:

MS  CATHY SUE PHILLIPS
C/O SAO CHIEF INVESTIGATOR

MR  WILLIAM KEISER
4437 MONTGOMERY AVE
TAMPA, FL 33616

SHANE WHITEHURST
4102 W SWANN AVE
TAMPA, FL 33609

OFF AUTRY K BEASLEY, #042323 D1 TPD

CPL MICHAEL A NIEMI, #028908 D1 TPD

OFF MICHAEL F VALLEZ, #042423 D2 TPD

I HEREBY CERTIFY that a true and correct copy of the foregoing Additional List of Witnesses in the above styled cause has been furnished to Ursula Richardson, Assistant Public Defender, attorney for the defendant, this ____ day of October, 2000.

Respectfully submitted,

JOHN F. RUDY, II
STATE ATTORNEY

Suzanne L Rossomondo
Assistant State Attorney
Florida Bar #858552

SLR/kch