4-26-2004

Steven A McLean ID# 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Chief Judge Manuel Menendez
Hills. Co. Courthouse
419 Pierce St.
Tampa, FL 33602

Case No. 00-15913
Division "H"

RECEIVED MAY 03 2004 MANUEL MENENDEZ CHIEF JUDGE

PROVIDED TO HAMILTON C.I. ON 4/30/04 FOR MAILING

Chief Judge Menendez,

    I am writing to you because I sent you a letter on March 23rd, 2004 concerning problems with Judge Timmerman's handling of my case and I have received no response. I wanted to make you aware of a few things, including that I'm filing a Notice of Intent To File A Petition For Writ Of Mandamus, which you'll see is the least of your worry's.

    In my case during closing argument, Suzzanne Rossomondo, was the prosecutor, picked up a piece of rope and showed the jury knots and loops in a manner consistent with the alleged victim in my case was tied. The problem is that the evidence bag was opened in Ms. Rossomondo's office with T.P.D. Det. Scott Wolfe and the crime scene photo taken when the rope was placed into evidence clearly shows that there were no knots and loops in it. Either Det. Wolfe or Ms. Rossomondo tied those knots and loops in it and my trial attorney, Ursula Richardson, who is now an Ass't State Attorney in the same courtroom, failed to object. You get the picture don't you?

    All I have asked for is the fair opportunity to litigate my case and get out of prison because

Exhibit # 1

of the evidence tampering. Since a lot of foot dragging is going on and you obviously don't want to do your job and stop it, I need to make you aware of the consequences because they directly affect you.

I have been a paralegal in Tampa for several years and prior to my arrest on September 20th, 2000, I owned my own business in Tampa. I also have a near photographic memory. I have personal knowledge of 22 cases since 1995 that were fixed involving 4 current judges, 6 prosecutors and about the same number of attorneys. I personally made 4 payments for a defense lawyer to the late Harry Coe on East Street which runs behind the Annex. The last case I have personal knowledge of happened a month before my arrest.

Since I am not being provided an opportunity to litigate my case, I am writing down names, dates, times, amounts, etc. and I should be done this weekend. When I finish I am going to copy this document and send it to every law enforcement agency, newspaper and television station I can, until I get someone's attention. It shouldn't take long with the details that I have.

My goal is to put as many people in the Hills. Co. Courthouse and legal community as possible in prison. When it happens you realize that it's only because Judge Timmerman has his thumb in his rearend and you failed to do anything about it. Thank you.

Sincerely,

P.S. Luke 8:17

- Concise & detailed written statement
- Specific Details of each instance of case fixing & the parties involved

- Use great Detail regarding each incident of alleged case fixing & what exactly happened

- Signed statement
    - what was done
    - who did it
    - Promises/conversations made & by whom
    - Parties involved in the acts
    - How they took place
    - When & where the conversations occurred
    - when & where money agreements changed hands
    - witnesses
    - who could corroborate this
    - Documents/evidence

write to:   Public Corruption Squad
            § FBI
            Suite 610
            FOB 500 E. Zach ST.
            Tampa, FL 33602


— Exhibit #10

misconduct in this case.

I spoke to two F.B.I. agents here on Tuesday (9/21/04) and Judge Timmerman's handling of this matter. The problem is that I now have a judge on my case who is being investigated by the F.B.I. for misconduct in his handling of the case. Obviously, I can't file a Motion To Disqualify Judge because I don't want to alert him or the other targets of the investigation. This the problem I have to resolve and since you are the Chief Judge and sent my last letter to the F.B.I., I am giving it to you to resolve.

Secondly, after I came back from Court in February, I contacted the AOC Court Reporters Office for an estimate for the hearing transcript on February 4th, 2004. Virginia Savalli told me the transcript would be $70. I saved up the money and in July sent a check for $75 just to be sure I sent enough. When the transcript was finished, Ms. Savalli wrote me back and said the cost was $85.25 and they would not send me the transcript until I paid the $10.25, which I don't have.

I wrote Ms. Savalli and expressed my displeasure over how this matter was handled because I don't have the use of my $75 and I don't have the transcript. I asked Ms. Savalli who supervised their office so I could file a complaint and she never responded so I'm complaining to you. If she had told me it was $85, I would have waited and sent it to her. Excuse me for being paranoid but is the entire courthouse corrupt? It just seems that I am being stopped at every turn in my quest to obtain justice. Thank you and God bless.

IN Christ,

Attachments
cc: file