October 20th, 2004

Steven A. McLeod, D.C.#92482
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Dr. Julia Martin
Medical Examiner's Office
401 S. Morgan St.
Tampa, FL 33602

Dr. Martin,

God's grace and peace to you in Jesus name! I am writing to you concerning some information on a deceased person in Hillsborough County, Florida. The person's name is Suzanne Lynn Rossomondo, a white female, who I believe died on February 19th, 2004. I need to know the date and cause of death for Ms. Rossomondo.

I would also like this letter to be considered my Public Records request, pursuant to Fl. Stat. 119.07 for a copy of the autopsy report and death certificate for Ms. Rossomondo. She was employed as a prosecutor with the Hillsborough County State Attorney's Office and there was substantial evidence she was involved in evidence tampering so I have a material interest in learning this information. There was a hearing held on February 4th, 2004, in my case concerning Ms. Rossomondo's misconduct and this hearing was about two weeks before her death. This is a material issue in a pending proceeding.

Any assistance or cooperation in this matter and a prompt response would be deeply appreciated. Any personal information such as address, phone number, Social Security number, etc. can be redacted from these documents by your office. Thank you and God bless.

cc: State Attorney's Office
file

IN Christ,

Exhibit #12



## Medical Examiner, 5th Judicial District
Citrus, Hernando, Lake, Marion and Sumter Counties
809 Pine Street
Leesburg, FL 34748
Ph# (352) 326-5961    Fax# (352) 365-6438

**Steven C. Cogswell, MD**
**Medical Examiner**

October 26, 2004

Steven A. McLeod, D.C. # 924820
Hamilton Correctional Institute (Main Unit)
10650 SW 46th Street
Jasper, FL 32052

Re:   Attached Letter

Dear Mr. McLeod:

In receipt of your attached letter which was sent to Dr. Julia Martin in Tampa, Florida and then forwarded to her office in which she now works, Leesburg, Florida. As she was not employed in the Tampa Office of 02-2004. I checked with Hillsborough County and they find no record of the decedent that you are looking to obtain records on. They stated that this may have not been a medical examiner's case.

Sincerely,

*Elaine Wood*
Elaine Wood
Records Custodian
District 5 Medical Examiner Office

/ew

— Exhibit #13 —



# ADMINISTRATIVE OFFICE OF THE COURTS
THIRTEENTH JUDICIAL CIRCUIT OF FLORIDA
LEGAL DEPARTMENT

DAVID A. ROWLAND                                                                    COURT COUNSEL

November 1, 2004

Steven McLeod, DC #924820
Hamilton Correctional Institution (Main Unit)
10650 S. W. 46th Street
Jasper, Florida 32052

Re:   State of Florida v. Steven McLeod, Case No.: 00-15913
      Thirteenth Judicial Circuit Court, Criminal Justice Division

Dear Mr. McLeod:

This is a response to your September 23, 2004 letter to Chief Judge Menendez regarding the above-referenced case. Pursuant to Florida law, the chief judge is the chief judicial officer of the circuit, responsible for developing a plan for the efficient and proper administration of the courts. However, the chief judge does not possess any independent investigative powers, nor can he participate in decisions made in cases other than his own. Therefore, Chief Judge Menendez cannot review your case.

A review of the case progress docket for your case indicates that on October 4, 2004, Judge Timmerman entered an order denying, in part, your motion for post conviction relief. The judge also ordered the state attorney to respond to the remaining grounds and a status review conference is scheduled for November 2, 2004.

As to your concern regarding the cost of your requested transcript, Ms. Savalli indicated to you in her February 16, 2004 letter that the $70.00 deposit was only a cost estimate and that the balance of the cost would be due upon completion of the transcript. Ms. Savalli's August 26, 2004 letter advised that the transcript was completed and would be sent to you upon receipt of the balance due in the amount of $10.25.

If you have any other complaint regarding the operation of the AOC Court Reporters Office, you may address it to Michael L. Bridenback, Court Administrator, at 800 East Twiggs Street, Suite 60 Tampa, Florida 33602.

Sincerely,

David A. Rowland

cc:   Honorable Manuel Menendez, Jr., Chief Judge
      Honorable Wayne S. Timmerman, Circuit Judge
      Michael L. Bridenback, Court Administrator
      Robert O'Neill, Assistant United States Attorney
      Michael C. Sinacore, State Attorney's Office, Division "H" Chief
      Office of the Attorney General

Exhibit #14

# STATE OF FLORIDA
## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

**CERTIFICATE OF DEATH — FLORIDA**   04 021115

**LOCAL FILE NO.** 99-04-001271

1. **DECEDENT'S NAME:** SUZANNE LYNN ROSSOMONDO KREIS
2. **SEX:** Female
3. **DATE OF DEATH:** February 14, 2004
4. **SOCIAL SECURITY NUMBER:** 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
5a. **AGE Last Birthday:** 38
6. **DATE OF BIRTH:** September 14, 1965
7. **BIRTHPLACE:** Englewood, New Jersey
8. **WAS DECEDENT EVER IN U.S. ARMED FORCES?** No
9a. **PLACE OF DEATH:** HOSPITAL — X Inpatient
9b. **INSIDE CITY LIMITS?** Yes
9c. **FACILITY NAME:** St. Joseph's Hospital
9d. **CITY, TOWN, OR LOCATION OF DEATH:** Tampa
9e. **COUNTY OF DEATH:** Hillsborough
10a. **DECEDENT'S USUAL OCCUPATION:** Attorney
10b. **KIND OF BUSINESS/INDUSTRY:** State Attorney's Office
11. **MARITAL STATUS:** Married
12. **SURVIVING SPOUSE:** Michael P. Kreis
13a. **RESIDENCE - STATE:** Florida
13b. **COUNTY:** Hillsborough
13c. **CITY, TOWN, OR LOCATION:** Tampa
13d. **STREET AND NUMBER:** 11313 Minaret Drive
13e. **INSIDE CITY LIMITS?** No
13f. **ZIP CODE:** 33626
14. **WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN?** No
15. **RACE:** White
16. **DECEDENT'S EDUCATION:** College 5+
17. **FATHER'S NAME:** David Rossomondo
18. **MOTHER'S NAME:** Shari Jacobus
19a. **INFORMANT'S NAME:** Michael P. Kreis
19b. **MAILING ADDRESS:** 11313 Minaret Drive, Tampa, Florida 33626
20a. **METHOD OF DISPOSITION:** X Cremation
20b. **PLACE OF DISPOSITION:** First Call Mortuary Services Inc
20c. **LOCATION:** Clearwater, Florida
21a. **SIGNATURE OF FUNERAL SERVICE LICENSEE:** Lowell J. MacDonald
21b. **LICENSE NUMBER:** #2914
21c. **NAME AND ADDRESS OF FACILITY:** MACDONALD FUNERAL HOME, 10520 N. Florida Ave, Tampa, FL 33612
22b. **DATE SIGNED:** Feb 17, 2004
22c. **HOUR OF DEATH:** 8:40
24. **NAME AND ADDRESS OF CERTIFIER:** Abib Conteh, M.D., 4726 N. Habana Avenue, Suite 103, Tampa, Florida 33614
25a. **SUBREGISTRAR - SIGNATURE AND DATE:** Betty M. MacDonald  2/19/04
25c. **DATE REGISTERED:** FEB 19 2004

*VOID IF ALTERED OR ERASED*

Exhibit #15

, State Registrar

Date Issued: DEC 21 2004

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA ON THE FRONT, AND THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

FLORIDA DEPARTMENT OF HEALTH

DOH FORM 1946 (02-04)

B1245118   CERTIFICATION OF VITAL RECORD