## IN THE THIRTEENTH JUDICIAL CIRCUIT COURT
## FOR HILLSBOROUGH COUNTY, FLORIDA
### Criminal Justice Division

STATE OF FLORIDA

CASE NO:    00-15913

RECEIVED
OFFICE OF ATTORNEY GENERAL

v.

MAR 0 - 2005

CRIMINAL DIVISION
TAMPA, FLORIDA

STEVEN A. MCLEOD,

DIVISION:  H

Defendant.

_____/

### ORDER DENYING MOTION FOR REHEARING

**THIS MATTER** is before the Court on Defendant's *pro se* Motion for Rehearing filed

November 23, 2004. On February 7, 2005, Defendant appeared in court and argued the instant Motion.

After reviewing Defendant's Motion and the court file and considering the parties' arguments, the Court

finds that Defendant is not entitled to any relief on the instant Motion.

In his Motion, Defendant requests a rehearing on the Court's grant of the State's Request for

Additional Time to Respond to Defendant rule 3.850 motion. On October 4, 2004, the Court ordered

the State to respond within thirty days. On November 1, 2004, the State requested additional time to

respond to the Court's Order. The Court has the discretion to order the State to respond within a certain

time limit, and the Court has the discretion to extend that time limit. The Court considered the State's

request to be made in good faith and granted an extension of time to the State. On November 16, 2004,

Defendant filed his objections to the grant on additional time. The Court considered Defendant's

objections, but found no reason to withdraw the State's extension of time. The State filed its Response

Exhibit # 16

on December 16, 2004.

It is, therefore, **ORDERED AND ADJUDGED** that Defendant's Motion is hereby **DENIED**.

Defendant has thirty (30) days from the date of this Order in which to appeal.

**DONE AND ORDERED** *nunc pro tunc* to February 7, 2005, in Chambers, in Tampa,

Hillsborough County, Florida this _____ day of February, 2005.

ORIGINAL SIGNED
CONFORMED COPY

FEB 2 8 2005

WAYNE S. TIMMERMAN
CIRCUIT JUDGE

**WAYNE S. TIMMERMAN, Circuit Judge**

**Copies to:**

    Steven A. McLeod, DC # 924820
    Hamilton Correctional Institution
    10650 S.W. 46th Street
    Jasper, Florida 32052

    Assistant State Attorney, Division H

    Chandra Dasrat, A.A.G.
    Office of the Attorney General
    Concourse Center 4
    3507 Frontage Road, Suite 200
    Tampa, FL 33607