August 7, 2003

Steven McLeod, D.C.# 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Robert E. O'Neill, Esq.
U.S. Attorney Office
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798

Mr. O'Neill,

    This letter is my official request pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court, In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

Sincerely,

cc: file

Exhibit #18

August 17th 2005

Steven A. McLeod D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

F.B.I. Public Corruption Squad
500 E. Zack St., Suite 610
Tampa, FL 33602

Public Corruption Squad,

This letter is my official request, pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court, In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

Sincerely,
[signature]

cc: file

— Exhibit #19 —



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

7820 Arlington Expressway
Jacksonville, Florida  32211
904 727-6229
March 31, 2006

Mr. Steven A. McLeod
D.C. # 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th Street
Jasper, FL 32052

RE: FOIA Litigation, <u>Steven McLeod v. DOJ, FBI</u>,
U.S.D.C. 06-CV-0247

Dear Mr. Steven McLeod:

The Jacksonville field office of the FBI recently became aware of a pending lawsuit you initiated.  You directed the original FOIA request and the subsequent lawsuit to FBI Headquarters in Washington D.C. and the FBI Tampa Field Office rather than to the Jacksonville Field Office.  However, I performed a computer based search and the only documents located in the Jacksonville Field Office relating to you or your original request were letters you had authored, a copy of these letters are enclosed.  While these letters are not directly responsive to your request for "any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Forida v. Steven A. McLeod" no other related documents were located.

A copy of this letter and enclosures is being sent to Assistant United States Attorney Alan Burch, to be attached as an exhibit to a Declaration.

— Exhibit #20 —

Sincerely,

Michael J. Folmar
Special Agent in Charge

By:
Ann Shannon
Attorney

Encls
cc: AUSA Alan Burch

2