UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-247 (JDB) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Production of Records and Information for in Camera Review, no. [20], Defendant's Opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is DENIED.

So ordered.

This _____ day of _____, 2006.


_____
JOHN D. BATES
United States District Judge