UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD,          )<br>                            )<br>     Plaintiff,            )<br>                            )<br>     v.                     )<br>                            )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*  )<br>                            )<br>     Defendants.           )<br>                            ) | Civil Action No.: 06-247 (JDB) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT
AND PLAINTIFF'S MOTION FOR SANCTIONS**

The U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") respectfully requests two additional weeks to file their opposition to Plaintiff's Motion to Strike Defendant's Motion to Dismiss and Motion for Summary Judgment and Plaintiff's Motion for Sanctions, docket entry no. [19]. Plaintiff's certificate of service indicates service by mail on May 31, 2006, making Defendants' opposition due tomorrow, June 14, 2006. Defendants request a new deadline of June 28, 2006.

In this case brought under the Freedom of Information Act ("FOIA"), Plaintiff, a *pro se* prisoner serving a life sentence in Florida, filed substantially identical FOIA requests with the U.S. Attorney's Office in Tampa, Florida ("USAO-Tampa"), and the FBI. Both requests sought information relating to Plaintiff's state prosecution in a specifically identified case in Florida. As Defendants explained in their combined motion to dismiss or for summary judgment, nos. [15] & [16], Plaintiff failed to exhaust his administrative remedies and, therefore, his claim against DOJ

should be dismissed. Moreover, because both DOJ and the FBI conducted reasonable searches and located no records responsive to his requests, the agencies are entitled to judgment as a matter of law. Plaintiff has not filed an opposition to Defendants' dispositive motion, and his deadline to do so is June 23, 2006.

Defendants request two additional weeks to file their opposition because conflicting travel and deposition schedules have prevented undersigned counsel from having time for meaningful consultation with the agency counsel for DOJ. The undersigned has been in depositions much of this week and last week, while agency counsel is out this week, and the undersigned resumes several depositions again next week.

Plaintiff will not be prejudiced by this extension, for at least two reasons. First, Plaintiff himself has sought a "continuance" in this case, no. [18], and second, Plaintiff's instant motion for sanctions is facially defective because he did not comply with the necessary safe harbor provision in Rule 11(c)(1)(A) (requiring service 21 days prior to filing with the Court); see also Charles Alan Wright & Arthur R. Miller, 5A Federal Practice & Procedure §§ 1337 to 1337.2 (3d ed. 2004); id. at 713; Long v. DOJ, 207 F.R.D. 4 (D.D.C. 2002).

A proposed order is attached. Because Plaintiff he is a prisoner, appearing *pro se*, Local Rule 7(m) does not apply.

June 13, 2006                                       Respectfully submitted,

                                                    _____
                                                    KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                    United States Attorney

                                                         /s/
                                                    _____
                                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                    Assistant United States Attorney

/s/
---
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File Opposition to Plaintiff's Motion to Strike Defendant's Motion to Dismiss and Motion for Summary Judgment And Plaintiff's Motion for Sanctions to be served upon *pro se* Plaintiff by first class mail addressed to:

> STEVEN A. McLEOD
> R#924820
> Hamilton C.I. (Main Unit)
> 10650 S.W. 46th Street
> Jasper, FL 32052

on this 13th day of June 2006.

> /s/
> ALAN BURCH, D.C. Bar # 470655
> Assistant United States Attorney
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 514-7204
> alan.burch@usdoj.gov