UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-247 (JDB) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Opposition to Plaintiff's Motion to Strike Defendant's Motion to Dismiss and Motion for Summary Judgment And Plaintiff's Motion for Sanctions, no. [19], Defendant's Opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDRED that Defendants shall file their opposition to Plaintiff's Motion, no. [19], on or before June 28, 2006.

So ordered.

This _____ day of _____, 2006.


_____
JOHN D. BATES
United States District Judge