UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. McLEOD,
  Plaintiff,

vs.

U.S. DEPARTMENT OF JUSTICE, et al.
  Defendants.

Civil Action No.: 06-cv-247(JDB)

PROVIDED TO
HAMILTON CI ON 6-22-06
FOR MAILING

## PLAINTIFF'S MOTION FOR CONTINUANCE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, Steven A. McLeod, Pro Se, pursuant to Federal Rules of Civil Procedure, requesting this Honorable Court to grant the Plaintiff a continuance to respond to the Defendant's Motion To Dismiss And Motion For Summary Judgment until thirty (30) days after this Court rules on the other currently pending motions filed in the above-styled cause and offers the following in support thereof:

1. This cause comes before this Honorable Court, pursuant to a Freedom of Information Act Action, under Title 5 U.S.C. 552, as the Plaintiff seeks any exculpatory evidence in the possession of the Defendant's in respect to the Plaintiff's state court criminal case.

2. The Defendants have filed a Defendants Motion To Dismiss And Motion For Summary Judgment and on May 18th, 2006, this Court entered an Order providing the Plaintiff until June 23rd, 2006, to file a response to the Defendants dispositive motion.

3. The Plaintiff has filed a Plaintiff's Motion To Strike Defendants Motion To Dismiss And Motion For Summary Judgment, a Plaintiff's Motion For Continuance On Ruling On Defendants Motion For Summary Judgment For Plaintiff To Conduct Discovery and a M[otion?] RECEIVED

JUN 26 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

For Production Of Records And Information For In Camera Review, which are all currently pending before this Court.

4. The Plaintiff asserts it would be improper to respond to the Defendants Motion To Dismiss And Motion For Summary Judgment while the Motion To Strike is pending because the Defendants motion is patently frivolous and insufficient as a matter of law and fact and therefore, the Plaintiff should not be required to respond to a motion that should be withdrawn or stricken from the record.

5. Furthermore, in the Plaintiff's Motion For Continuance On Ruling On Defendants Motion To Dismiss And Motion For Summary Judgment For Plaintiff To Conduct Discovery, the Plaintiff has set forth an Affidavit of Steven A. McLeod and requested the opportunity, under Rule 56(f), Fed. R. Civ. P., to conduct discovery so any response prior to this court ruling on that particular motion would be premature.

6. In the Defendants Opposition To Plaintiff's Motion For Continuance On Ruling On Defendants' Motion To Dismiss And Motion For Summary Judgment For Plaintiff To Conduct Discovery, Defendants counsel specifically stated he did not object to the Plaintiff being accorded time to file an opposition to Defendants dispositive motion.

7. Also, the Defendants counsel has recently sought an enlargement of time to file a response to the Plaintiff's Motion To Strike Defendants Motion To Dismiss And Motion For Summary Judgment until June 28th, 2006 so the Defendants dispositive motion may be withdrawn after the deadline on June 23rd, 2006, for the Plaintiff to respond.

8. Moreover, the Plaintiff is already obtaining some of the documents sought under the previous discovery request will conclusively show the Defendants have acted in bad faith by

2

filing a Motion For Summary Judgment and the Plaintiff is indigent so he has to make financial arrangements for the cost of these documents.

9. The Plaintiff requests a thirty (30) extension of time after this Court has ruled on the pending motions, other than any dispositive motion, which may be pending to file a sufficient and intelligent motion in opposition.

10. A proposed order is attached to this motion.

WHEREFORE, the Plaintiff prays that this Honorable Court will grant the requested relief and any and all other relief that this Court deems just and proper.

## UNNOTARIZED OATH

I HEREBY certify, pursuant to Title 28 U.S.C. 1746, that the foregoing is true and correct, under penalty of perjury.

DATED: 6-21-06

Steven A. McLeod, D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been served by U.S. Mail to: Alan Burch, Esq., U.S. Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530 by hand delivering to, Ms. Herring, Law Library Supervisor, Hamilton C.I. (Main Unit) on this 22nd day of June, 2006.

Respectfully submitted,

Steven A. McLeod, Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. MCLEOD
    Plaintiff,

CIVIL ACTION NO: 06-247 (JDB)

v.

U.S. DEPARTMENT OF JUSTICE, et al..
    Defendants.
_____/

### ORDER

THIS CAUSE, having come before this Honorable Court, via Plaintiff's Motion for Continuance to File Response to Defendant's Motion to Dismiss and Motion for Summary Judgment it is hereby **ORDERED and ADJUDGED:**

1. The Plaintiff's above-referenced Motion is hereby **GRANTED.**

2. The Plaintiff shall have (30) days from the date of the disposition of all currently pending Motions to file a response to any dispositive Motions, which may be pending before this Court.

**DONE AND ORDERED** in chambers on this ___ day of _____, 2006.

_____
John D. Bates, U.S. District Judge