UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-247 (JDB) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Change of Venue and to Consolidate Cases, no. [26], Defendant's Opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is DENIED.

So ordered.

This _____ day of _____, 2006.


_____
JOHN D. BATES
United States District Judge