UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Steven A. McLeod,

    Plaintiff,

        v.

U.S. Department of Justice *et al.*,

    Defendants.

Civil Action No. 06-0247 (JDB)

ORDER

Plaintiff moves for a change of venue pursuant to 28 U.S.C. § 1404(a) and to consolidate this Freedom of Information Act case with a *habeas corpus* case pending in the United States District Court for the Middle District of Florida. Defendants oppose the motion because, among other reasons, it has filed a dispositive motion here that seeks dismissal based on its search and inability to locate responsive records. The Court has considered the factors for transferring the case as a matter of convenience, *see Starnes v. McGuire*, 512 F.2d 918, 927-33 (D.C. Cir. 1974), and finds them negligible. Accordingly, it is

ORDERED that plaintiff's motion for a change of venue [Dkt. No. 26] is DENIED; and it is

FURTHER ORDERED that plaintiff is reminded of his obligation to respond to defendants' motion to dismiss or for summary judgment by **August 25, 2006** or, as previously advised by Order of May 18, 2006, risk dismissal of the complaint.

                                                  s/
                                     JOHN D. BATES
                              United States District Judge

Dated: July 18, 2006

Paper Copy to:

Steven A. McLeod
R924820
Hamilton Correctional Institution
10650 S.W. 46th Street
Jasper, FL 32052