

U.S. Departm... Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

SEP 19 2005

Request Number: 05-2530         Date of Receipt: August 15, 2005

Requester: Steven A. McLeal     Subject: Self ( State Case)

Dear Requester:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ]  Your request has been forwarded to _____ for a direct response to you.

2. [ ]  The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3. [ ]  Your request seeks public records which may be obtained from the clerk of the court.

4. [X]  Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request.

5. [ ]  The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions presented as FOIA requests.

6. [ ]  Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

7. [ ]  This office is continuing its work on the other subject/districts mentioned in your request.

8. [X]  This is the final action my office will take on your request.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

Att. A

Form No. 005A

— Attachment "A"

GOVERNMENT EXHIBIT
B