# TAMPA POLICE DEPARTMENT CONTINUATION LETTER

| Offense/Incident | Location | Date |
|---|---|---|
| Sexual Battery (2 Cts) | 8101 N. Dakot. | 9-20-00 |
| Victim/Firm | Address | |
| Jeaneou, Marie | Brooks St. | |

DETAILS: The undersigned received information from Sergeant Kirby of the City of Tampa Police Department Sex Crimes Division of the listed offense that occurred at 8101 North Dakota.

The undersigned responded first to 10115 North Brooks Avenue and met with Corporal C. Blount, City of Tampa Police Department, who was with the victim. The undersigned got a case synopsis of what had occurred and was advised that Officer L. Gennille, Badge #219, and Officer Conroy were at the address on Dakota and were in custody of the suspect.

Upon arrival at the scene, the undersigned met the suspect, Mr. McCloud, who was handcuffed as per the aforementioned officers. Also in his presence was the suspect's attorney Daniel F. Daly, address 304 South Albany Avenue, Tampa, Florida 33606, phone number 813-254-0330.

The undersigned contacted Sergeant Kirby and asked that a search warrant be started by Detective Dickie. The undersigned then spoke with Detective Dickie and advised her of a case scenario as well as probable cause. The undersigned also had Corporal Blount contact the Crime Scene Lab for response and collection of any evidence.

The undersigned ascertained that Detective John Yaratch contacted Detective Sheehan who is with the FBI Task Force on Sex Crimes. The aforementioned was done, as there was a computer involved in this offense. For information, refer to the information by the originating officer.

Upon arrival at the scene, the undersigned noted that the residence is a brick single story structure, front facing west, located on the east side of Dakota. The residence runs north to south and is adjacent on the south side by Sitka Street.

Upon entering the residence, one walks into a living room type room which is in the center west wall. Just east of said room is a dining type area that is open to the living room. In the living room there is a loveseat that separates the room making a makeshift type hallway that runs east/west. There is also an end table on the east end of said loveseat. Running north and south from the aforementioned end table is a large couch that abuts the north wall of the living room. Directly in front of that is a large end table. In the northwest corner is an additional end table that has a television on top of same.

To the south of the living room, there is what appears to be a den type area that appears to be used as a paperwork type area. Upon entering this room, there is a chair located in the northwest corner. Running in the center of the west wall is a table. It should be noted this is the room that most of these said occurrences happened. In the den area along the south wall, there is a large mantel that runs three quarters of the wall and a fireplace situated in the west third of said wall. There are also file cabinets as well as a large cabinet type thing located on the lower mantel. In the northeast corner of the room is a large desk which contains a computer screen, modem, keyboard, and adjacent to said desk, there is a printer.

Exhibit #1

| Reporting Officer | Div/Sqd | Second Officer | Div/Sqd | Edited By | Date |
|---|---|---|---|---|---|
| L.S. Wolff | MCB | | | | |
| Records Section Only: Copies to | | | Routed By | Data Entry | Pick Up |

Report No. 00-070522

TPD 304 (8/96)

| TAMPA POLICE DEPARTMENT CONTINUATION/LETTER | | Page 2 of 2 |
|---|---|---|
| Offense/Incident: Sexual Battery (2 Cts) | Location: 8101 N. Dakota | Date: 9-20-00 |
| Firm: ~aneou, Marie | Address: Brooks St. | |

In the center of the residence, there is a hallway that runs north/south in the first entry exit door. In said hallway is the kitchen area. Walking north, the second door is a bathroom type area.

Adjacent to the bathroom located in the northeast corner of the residence is the defendant's bedroom which contains a large bed in the northeast corner with a nightstand adjacent to same. On the center south wall is a bureau type dresser.

In the northwest corner of the residence is an additional bedroom that contains miscellaneous storage items. Adjacent to that bedroom in the center west wall is the victim's bedroom. Within that bedroom, there is what appears to be a double size bed located in the southwest corner. This bedroom also contains miscellaneous boxes and storage for what appears to be personal clothing items.

A search warrant was drawn up in reference to this case by Detective Dickie via the undersigned's probable cause. Also contacted was Detective Sheehan from the Federal Bureau of Investigations Task Force Computer Child Pornography.

The undersigned had Corporal Blount contact TPD Crime Scene Technician E. Rojas who in turn responded to the scene to photograph and collect any evidence found during the completion of the search warrant. The search warrant was received by Detective Dickie, and same was read out loud. At the scene during the serving of the search warrant was Detective Dickie who helped in the residential search, Detective John Yaratch who helped in the residential search, and Detective/FBI Detective Sheehan who searched and/or confiscated the modem for the computer to believe to have been used in this crime, the undersigned, as well as E. Rojas from the City of Tampa Crime Scene Unit.

Confiscated from the home was a green nightgown type dress belonging to the victim of this offense. Also confiscated was the computer modem owned by the defendant in this case. The undersigned also found a new length of white rope along with the torn package that was located in the left hand dresser drawer in the computer/office room where the bulk of the said offense had taken place. The undersigned also located a bag of tissue type cleaning utensils that were used to clean up when the victim defecated on the floor. For retention of the aforementioned items, refer to the supplement by Crime Scene Technician E. Rojas. The computer hard drive was confiscated by Detective Sheehan who will have performed forensic testings on same. A copy of the search warrant was left in the residence, and one will be filed with the defendant's attorney. The residence was locked and secured by the undersigned, and the keys will be placed in personal property in reference to this case and case number.

This investigation continues.

/PS

| Reporting Officer: L.S. Wolff | Div/Sqd: MCB | Second Officer | Div/Sqd | Edited By | Date |
|---|---|---|---|---|---|

Report No. 00-070522

# AFFIDAVIT

On March 23rd, 2001, in Hillsborough County Corthouse, Courtroom #7, I was at the sentencing For Steven A McLeod sitting in the front row of seats third down from the end. There was a man sitting in the end seat, Ms. Susan Rossomondo came over and was talking to him about Mr. McLeod's case and sentencing. Ms. Susan Rossomondo than motioned for Detective Wolfe to come over to them and when he did, Ms. Rossomondo introduced Detective Wolfe to this man as "this is the detective that tied the knots in the rope" this man must not have quite heard her or maybe thought he misunderstood Ms. Rossomondo because he looked at her and asked what and Ms. Rossomondo again told him that "this is the Detective that tied the knots in the rope". Apparently this man is James Muench who works for the U.S. Attorney's office and prsecuted Mr. McLeod in a previous case thirteen years ago..

_Nicola J. Eakins_
Nicola J. Eakins
113 South Willow Ave.
Tampa, Florida 33606

State of Florida
County of Hillsborough

Sworn to and subscribed before me ___3rd___ day of, ___April___ 2001
by _Nicola Eakins_.

Personally Known ___ or Produced ID ✓

FLE 252630585120

Notary Republic, States of Florida


BARBARA GREEN
Notary Public - State of Florida
My Commission Expires Jan 31, 2005
Commission # CC997920

Exhibit # 2