Steven A. McLeod DC#924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

PROVIDED TO HAMILTON C.I. ON
4/30/04 FOR MAILING

Chief Judge Manuel Menendez
Hills. Co. Courthouse
419 Pierce St.
Tampa, FL 33602

Case No. 00-15913
Division "H"

RECEIVED
MAY 0 3 2004
MANUEL MENENDEZ
CHIEF JUDGE

Chief Judge Menendez;

I am writing to you because I sent you a letter on March 23rd, 2004 concerning problems with Judge Timmerman's handling of my case and I have received no response. I wanted to make you aware of a few things, including that I'm filing a Notice of Intent To File A Petition For Writ Of Mandamus, which you'll see is the least of your worry's.

In my case during closing argument, Suzzanne Rossomondo, was the prosecutor, picked up a piece of rope and showed the jury knots and loops in a manner consistent with the alleged victim in my case was tied. The problem is that the evidence bag was opened in Ms. Rossomondo's office with T.P.D. Det. Scott Wolfe and the crime scene photo taken when the rope was placed into evidence clearly shows that there were no knots and loops in it. Either Det. Wolfe or Ms. Rossomondo tied those knots and loops in it and my trial attorney, Ursula Richardson, who is now an Asst. State Attorney in the same courtroom, failed to object. You get the picture don't you?

All I have asked for is the fair opportunity to litigate my case and get out of prison because

of the evidence to me or no. Since a lot of foot dragging is going on and you obviously don't want to do your job and stop it I need to make you aware of the consequences because they directly affect you.

I have been a paralegal in Tampa for several years and prior to my arrest on September 20th, 2000, I owned my own business in Tampa. I also have a near photographic memory. I have personal knowledge of 22 cases since 1995 that were fixed involving 4 current judges, 6 prosecutors and about the same number of attorneys. I personally made 4 payments for a defense lawyer to the late Harry Coe on East Street which runs behind the Annex. The last case I have personal knowledge of happened a month before my arrest.

Since I am not being provided an opportunity to litigate my case, I am writing down names, dates, times, amounts, etc. and I should be done this weekend. When I finish I am going to copy this document and send it to every law enforcement agency, newspaper and television station I can until I get someone's attention. It shouldn't take long with the details that I have.

My goal is to put as many people in the Hills. Co. Courthouse and legal community as possible. in prison. When it happens you realize that it's only because Judge Timmerman has his thumb in his rearend and you failed to do anything about it. Thank you.

Sincerely,

P.S. Luke 8:17

- Concise & detailed written statement
- Specific Details of each instance of case fixing
  & the parties involved

- Use great Detail regarding each incident
  of alleged case fixing & what exactly happened

- Signed statement
  - what was done
  - who did it
  - Promises/conversations made & by whom
  - Parties involved in the acts
  - How they took place
  - When & where the conversations occurred
  - when & where money agreements changed
    hands
  - witnesses
  - who could corroborate this
  - Documents/evidence

write to:   Public Corruption Squad
            § FBI
            Suite 610
            FOB 500 E. Zach ST.
            Tampa, FL 33602

- Exhibit # 5