September 23rd, 2004

Steven A. McLeod, D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Chief Judge Manuel Menendez
Hills. Co. Courthouse
419 Pierce St., Room #214F
Tampa, FL 33602

RE: Case No. 00-15913
    Division "H"

Chief Judge Menendez,

God's grace and peace to you in Jesus name! I am writing to you because of two previous letters I sent you concerning Judge Timmerman's handling of my case. Apparently, you forwarded my last letter to the F.B.I. because the Tampa F.B.I. Public Corruption Squad contacted me. There are two specific issues that I need to address with you and only one involves Judge Timmerman.

After I sent you the last letter, I filed a Petition For Writ of Mandamus in the 2nd D.C.A. to compel Judge Timmerman to issue the orders for the February 4th, 2004 hearing and to take action on my Rule 3.850 motion. The 2nd D.C.A. issued an Order To Show Cause requiring Judge Timmerman to respond by September 9th, 2004. Judge Timmerman filed a Motion For Extension Of Time because he was going to be on vacation and assured the 2nd D.C.A. the response would be filed by September 16th, 2004. Well, Judge Timmerman still hasn't filed his response.

Please understand I can handle the legal aspect of this situation but it has created another problem. Due to Judge Timmerman's handling of this case, including his failure to enter the order to compel the crime scene photographs that prove the evidence tampering in my case, he has now become a target in the F.B.I. investigation that is ongoing. It now appears that Judge Timmerman has become involved in the

Exh. #6

misconduct in this case.

I spoke to two F.B.I. agents here on Tuesday (9/21/04) and Judge Timmerman's handling of this matter. The problem is that I now have a judge on my case who is being investigated by the F.B.I. for misconduct in his handling of the case. Obviously, I can't file a Motion To Disqualify Judge because I don't want to alert him or the other targets of the investigation. This the problem I have to resolve and since you are the Chief Judge and sent my last letter to the F.B.I., I am giving it to you to resolve.

Secondly, after I came back from Court in February, I contacted the AOC Court Reporters Office for an estimate for the hearing transcript on February 4th, 2004. Virginia Savalli told me the transcript would be $70. I saved up the money and in July sent a check for $75 just to be sure I sent enough. When the transcript was finished, Ms. Savalli wrote me back and said the cost was $85.25 and they would not send me the transcript until I paid the $10.25, which I don't have.

I wrote Ms. Savalli and expressed my displeasure over how this matter was handled because I don't have the use of my $75 and I don't have the transcript. I asked Ms. Savalli who supervised their office so I could file a complaint and she never responded so I'm complaining to you. If she had told me it was $85, I would have waited and sent it to her. Excuse me for being paranoid but is the entire courthouse corrupt? It just seems that I am being stopped at every turn in my quest to obtain justice. Thank you and God bless.

Attachments

cc: file

IN Christ,

Sent Check 7/16/0[?]

*AOC Circuit Court Reporters*
*801 East Twiggs Street*
*Tampa, Florida 33602*

February 16, 2004

Steven A. McLeod, D.C. #924820
Hamilton Correctional Institution, Main Unit
10650 S.W. 46th Street
Jasper, Florida 32052

Re: Your transcript request

Mr. McLeod:

In regards to your letter asking for a transcript from 2/4/04 before Judge Timmerman, please be advised that the estimated number of pages for that would be 30 and the cost is $2.75 per page. We would need to receive a nonrefundable deposit for $70.00 before producing this transcript. This deposit would need to be in the form of a money order made payable to the Hillsborough Board of County Commissioners mailed to the above address, and the balance would be due upon completion.

Sincerely,

*Virginia Savalli*
Virginia Savalli, Manager
AOC Circuit Court Reporters

AOC Circuit Court Reporters
801 East Twiggs Street
Tampa, Florida 33602

August 26, 2004

Steven A. McLeod, D.C. #924820
Hamilton Correctional Institution
10650 S.W. 46th Street
Jasper, Fl 32052

Re: Transcript Request

Your transcript is completed and the total cost is $85.25. The balance due is $10.25. Please send a money order made payable to the State of Florida, mailed to the above address. Upon receipt of that, the transcript will be forwarded to you.

Sincerely,

Virginia Savalli
Manager, AOC Circuit Court Reporters

Resp. 9/1/04