

## ADMINISTRATIVE OFFICE OF THE COURTS
THIRTEENTH JUDICIAL CIRCUIT OF FLORIDA
LEGAL DEPARTMENT

DAVID A. ROWLAND                                  COURT COUNSEL

November 1, 2004

Steven McLeod, DC #924820
Hamilton Correctional Institution (Main Unit)
10650 S. W. 46th Street
Jasper, Florida 32052

    Re:     State of Florida v. Steven McLeod, Case No.: 00-15913
                Thirteenth Judicial Circuit Court, Criminal Justice Division

Dear Mr. McLeod:

      This is a response to your September 23, 2004 letter to Chief Judge Menendez regarding the above-referenced case. Pursuant to Florida law, the chief judge is the chief judicial officer of the circuit, responsible for developing a plan for the efficient and proper administration of the courts. However, the chief judge does not possess any independent investigative powers, nor can he participate in decisions made in cases other than his own. Therefore, Chief Judge Menendez cannot review your case.

      A review of the case progress docket for your case indicates that on October 4, 2004, Judge Timmerman entered an order denying, in part, your motion for post conviction relief. The judge also ordered the state attorney to respond to the remaining grounds and a status review conference is scheduled for November 2, 2004.

      As to your concern regarding the cost of your requested transcript, Ms. Savalli indicated to you in her February 16, 2004 letter that the $70.00 deposit was only a cost estimate and that the balance of the cost would be due upon completion of the transcript. Ms. Savalli's August 26, 2004 letter advised that the transcript was completed and would be sent to you upon receipt of the balance due in the amount of $10.25.

      If you have any other complaint regarding the operation of the AOC Court Reporters Office, you may address it to Michael L. Bridenback, Court Administrator, at 800 East Twiggs Street, Suite 604, Tampa, Florida 33602.

                                              Sincerely,

                                              David A. Rowland

cc:     Honorable Manuel Menendez, Jr., Chief Judge
         Honorable Wayne S. Timmerman, Circuit Judge
         Michael L. Bridenback, Court Administrator
         Robert O'Neill, Assistant United States Attorney
         Michael C. Sinacore, State Attorney's Office, Division "H" Chief
         Office of the Attorney General

Exh. #7

August 7th, 2005

Steven A. McLeod D.C.#724820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

F.B.I. Public Corruption Squad
500 E. Zack St. Suite 610
Tampa, FL 33602

Public Corruption Squad,

    This letter is my official request, pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

                              Sincerely,

cc: file

— Exhibit #8 —

EXHIBIT A

August 17th, 2005

Steven A. McLeod, D.C. # 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Robert E. O'Neill, Esq.
U.S. Attorney Office
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798

Mr. O'Neill,

    This letter is my official request pursuant to the federal Freedom Of Information Act (FOIA) for any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Florida v. Steven A. McLeod, Case No. 00-15913, 13th Judicial Circuit Court, In And For Hillsborough County, Florida. Please respond to this request within the applicable time period under federal law. Thank you and God bless.

                              Sincerely,

cc: file

— Exhibit #9 —

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## INCOMING LEGAL AND/OR PRIVILEGED MAIL LOG

Institution: HAMILTON MAIN UNIT  Month/Year: 1-23-06

| Inmate Number | Inmate Name | Inmate Housing | Inmate Job | Date Mail Received By Institution | From (Full Address of Sender) | Date Mail Received By Inmate | Inmate's Signature | Officer Initials |
|---|---|---|---|---|---|---|---|---|
| 94820 | MCLEOD, STEVEN | I3205 | | 1-23-06 | US DEPT OF JUSTICE WASHINGTON, DC 20530 | 1-24-06 | [redacted] | [redacted] |
| | | I3205 | | 1-23-06 | GOOSE RIVER PRESS WALDOBORO, ME 04572 | 1-24-06 | [redacted] | [redacted] |
| | | B2137 | | 1-23-06 | 13TH JC ADMIN OFFICE OF COURTS TAMPA, FL 33602 | 1-24-06 | [redacted] | [redacted] |
| | | F1122 | | 1-23-067 | FROMANG & FROMANG PA ORLANDO, FL 32801 | 1-24-06 | [redacted] | [redacted] |
| | | E1104 | | 1-23-06 | SUPREME COURT OF US WASHINGTON, DC 20543 | 1-24-06 | [redacted] | [redacted] |
| | | B1106 | | 1-23-06 | THE FL BAR ORLANDO, FL 32804 | 1/24/06 | [redacted] | [redacted] |
| | | I2205 | | 1-23-06 | 1ST DCA TALLAHASSEE, FL 32399 | 1/24/06 | [redacted] | [redacted] |
| | | I2216 | | 1-23-06 | LINDA H BABB JUDGE DADE CITY, FL 33523 | 1-24-06 | [redacted] | [redacted] |
| | | I1102 | | 1-23-06 | SONJA J SCAGGS PALM CITY, FL 34990 | 1-24-06 | [redacted] | [redacted] |
| | | I1120 | | 1-23-06 | 2ND DCA | 1-24-06 | [redacted] | [redacted] |
| | | I3206 | | 1-23-06 | [redacted] | 1-24-06 | [redacted] | [redacted] |
| | | | | | RICHARD M WEISS BARTOW, FL 33831 | 1-24-06 | [redacted] | [redacted] |
| | | C2114 | | 1-3-06 | MANATEE CO CLERK BRADENTON, FL 34206 | 1-24 | [redacted] | [redacted] |
| | | C1143 | | 1-3-06 | 1ST DCA TALLAHASSEE, FL 32399 | 1-24 | [redacted] | [redacted] |

Exhibit 10

DC2-522 (Revised 12-02)