U.S. Depart[ment of] Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757 Fax 202-616-6478

JAN 17 2006

Requester: <u>STEVEN A. MCLEOD</u>    Request Number: <u>05-3441</u>

Subject of Request: <u>SELF</u>

Dear Requester:

  Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraphs checked below:

1. [X] A requester must provide a notarized example of his/her signature or a certification of identity under penalty of perjury. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ ] The files and records of United States Attorneys are maintained in over one hundred separate offices throughout the United States. Please identify the specific United States Attorney's office(s) where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] To insure that records are properly identified, provide subject's full name, current address, and date and place of birth.

4. [ ] A request must describe the records sought in sufficient detail to allow location of the records with a reasonable amount of effort (i.e., processing the request should not require an unduly burdensome effort or be disruptive of Department operations). Please provide more specific information about the records you seek, such as appropriate dates, locations, names, nature of the records, etc.

  By making a FOIA/PA request, you agree to pay fees up to $25, as stated in 28 C.F.R. §16.3(c), unless you request a waiver of fees (according to requirements in 28 C.F.R. §16.11(k)). Indigency does not constitute a basis for a fee waiver. Please note that pursuant to 28 C.F.R. §16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first

(Page 1 of 2)
Form No. 003 - 9/01


—Exhibit #11


GOVERNMENT EXHIBIT

two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you state in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release any documents to you (in excess of 100 free pages). Without such payment, your request file will be closed without further action.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

>     Office of Information and Privacy
>     United States Department of Justice
>         Flag Building, Suite 570
>         Washington, D.C. 20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

[X] Enclosure(s)

(Page 2 of 2)
Form No. 003 - 9/01

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

7820 Arlington Expressway
Jacksonville, Florida  32211
904 727-6229
March 31, 2006

Mr. Steven A. McLeod
D.C. # 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th Street
Jasper, FL 32052

RE:  FOIA Litigation, <u>Steven McLeod v. DOJ,FBI</u>,
     U.S.D.C. 06-CV-0247

Dear Mr. Steven McLeod:

The Jacksonville field office of the FBI recently became aware of a pending lawsuit you initiated. You directed the original FOIA request and the subsequent lawsuit to FBI Headquarters in Washington D.C. and the FBI Tampa Field Office rather than to the Jacksonville Field Office. However, I performed a computer based search and the only documents located in the Jacksonville Field Office relating to you or your original request were letters you had authored, a copy of these letters are enclosed. While these letters are not directly responsive to your request for "any information currently in your possession of any evidence of criminal misconduct, exculpatory evidence or evidence planting or tampering by any persons involved in the case of State of Forida v. Steven A. McLeod" no other related documents were located.

A copy of this letter and enclosures is being sent to Assistant United States Attorney Alan Burch, to be attached as an exhibit to a Declaration.

— Exhibit #20

Sincerely,

Michael J. Folmar
Special Agent in Charge

By:
Ann Shannon
Attorney

Encls
cc: AUSA Alan Burch

2

June 29, 2005

Stevens, Angela D. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

Agent Maricotti
Federal Bureau of Investigation
7820 Arlington Expressway
Suite 200
Jacksonville, FL 32211

Agent Maricotti,

God's grace and peace to you in Jesus name! I am writing you again after my letter to you on June 26th 2005 because of continual problems here. I sent a letter to Warden Sapp, with a copy of my letter to the Governor, about my request to your office and the F.D.L.E. for criminal charges against Sgt. Graham for what he did to me. This sargeant is still trying to hurt me.

On Monday afternoon, June 27th 2005, I was called to the Security Building and Major Maddox, Lt. Herring and Sgt. Glass were present. Major Maddox was highly upset that I had written you and the F.D.L.E. He kept saying, "Your going to work" and it was obvious he was trying to downplay and coverup what Sgt. Graham did.

I went to see the doctor on Tuesday and he told me the blood vessel bursting in my eye on Saturday was a residual effect of being overly dehydrated. He didn't do anything and wouldn't give me any type of pass to keep me out of the heat while working.

This afternoon, Sgt. Graham called out Grounds 3 but had I-Dorm called for me and another inmate to come to work. I work for Grounds Two. Sgt. Graham had me out there pushing a lawnmower to cut wet grass in over

(p.1)

Exh. #13

Serial 3
282A-JK-C49296-Hamilton

90° heat, with high humidity in Class-A uniform, I asked him why he singled me out when he knew that I had just put all of this paperwork on him. This was a blatant retaliation. The man was trying to work me until I fell out again. When he realized it would appear as a retaliation, he called out the rest of Grounds Two for work. I became very dizzy again and my stomach became upset but I didn't go to the clinic.

    This is getting ridiculous. I have had Inspector Fontaine called twice and sent her a request. I called home tonight and if I die out here because no one does anything about this, then it's going to hit the fan. There isn't any sense in this and something needs to be done. Please come see me or set up a phone call for me or call the Warden, before this gets out of hand. Thank you and God bless.

                              IN Christ,