

# ADMINISTRATIVE OFFICE OF THE COURTS
THIRTEENTH JUDICIAL CIRCUIT OF FLORIDA
LEGAL DEPARTMENT

DAVID A. ROWLAND                                                                 COURT COUNSEL

May 5, 2006

Steven A. McLeod, DC #924820
Hamilton Correctional Institution (Main Unit)
10650 Southwest 46th Street
Jasper, Florida 32052

      Re:    State of Florida v. Steven McLeod, Case No.: 00-15913
                 Thirteenth Judicial Circuit Court, Criminal Justice Division

Dear Mr. McLeod:

      This is a response to your two letters to Chief Judge Manuel Menendez, Jr. both dated April 18, 2006. Your first letter requests information concerning the audio system used in Judge Espinosa's courtroom on the second floor of the main courthouse in the old County Commission boardroom during February and March of 2001. Your second letter is a public records request for any of your correspondence forwarded to the F.B.I. in the spring of 2004 or other documents sent or received from federal law enforcement authorities concerning that matter.

      In response to your first letter, please be advised that the audio system used in Judge Espinosa's courtroom during his tenure in that courtroom was used for amplification purposes only. The system did not have a recording mechanism and therefore no recordings were ever made from this system.

      In response to your second letter, enclosed are the following four letters: (1) your letter to Chief Judge Menendez dated April 30, 2004; (2) Chief Judge Menendez's cover letter to Robert O'Neill, Assistant United States Attorney, dated May 4, 2004, enclosing your April 30, 2004 letter; (3) your letter to Chief Judge Menendez dated September 23, 2004, forwarded to Mr. O'Neill without a cover letter; and (4) my response letter to you on behalf of Judge Menendez dated November 1, 2004, forwarded to Mr. O'Neill.

                                                      Sincerely,

                                                        David A. Rowland

                                                                   Exh. #19

cc:    Chief Judge Manuel Menendez, Jr.



CHAMBERS OF
# CIRCUIT JUDGE
THIRTEENTH JUDICIAL CIRCUIT

**MANUEL MENENDEZ, JR.**
CHIEF JUDGE

PHONE: (813) 272-5022
FAX: (813) 272-5522

May 4, 2004

Robert O'Neill
Chief Criminal Division
United States Attorneys Office
400 North Tampa Street
Suite 3200
Tampa, Fla. 33602

Dear Mr. O'Neill:

    Enclosed is a copy of correspondence dated April 30th, 2004 from Steven A. McLeod (an inmate at the Hamilton Correctional Institute) which we discussed earlier today. If you need further information, please feel free to contact my office.

    Thank you for your attention to this matter.

Sincerely,

Manuel Menendez, Jr.
Chief Judge

MMJ:mvf
Enclosure

Exh. #18

```
              IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
               CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR
                              HILLSBOROUGH COUNTY

                           CRIMINAL JUSTICE DIVISION


STATE OF FLORIDA:
                                          Case No. 00-15913
    vs.
                                          Division "H"
STEVEN A. MCLEOD
_____/


         This cause came on to be heard before the
Honorable **Jack Espinosa, Jr.**, Circuit Judge, at the
Hillsborough County Courthouse Annex, Tampa, Florida, on
November 20, 2000, as follows:


APPEARANCES:

    **Suzanne Rossomondo**, Assistant State Attorney, 800 E.
Kennedy Boulevard, Tampa, Florida, 33602, in behalf of the
State;

    **Ursula Richardson**, Assistant Public Defender, 801 East
Twigg Street, Tampa, Florida, 33602, in behalf of the
Defendant.
```

Exh. #19

```
 1
 2                    INDEX TO PROCEEDING
 3                                                        Page
 4   CASE CALLED..................................3
 5   CERTIFICATE OF COURT REPORTER................5
 6
 7
 ...
25
```

Beverly R. Moreno, RPR
Official Court Reporter, Thirteenth Judicial Circuitt
Tampa, Florida

```
                        P R O C E E D I N G S
 1
 2         MS. ROSSOMONDO:  Page 79, Steven McLeod.
 3         MS. RICHARDSON:  Mr. McLeod is in custody and we
 4    have still been in the process of conducting discovery.  The
 5    last of the depositions was last Thursday.  I believe one of
 6    the officers who was --
 7         THE COURT:  Mr. McLeod, can you hear?
 8         THE DEFENDANT:  Yes, sir.
 9         MS. RICHARDSON:  One of the officers is crucial,
10    Detective Sheehan, and he didn't show.  We have issues
11    getting Agent Peggy Foster from the FBI, and apparently they
12    make you go through an affidavit procedure, so she also was
13    a no show.  So, if the Court agrees, I would like to ask for
14    a trial date in January.
15         MS. ROSSOMONDO:  If I could be heard on that?
16         I'm trying to get some transcripts from a prior
17    trial of Mr. McLeod.  It's a 1987 trial, so I'm having to go
18    through the AG's Office to get that.  I would be requesting
19    to get all of those records to Ms. Richardson and have that
20    prepared.
21         THE COURT:  When was he arraigned?
22         MS. ROSSOMONDO:  He was arraigned on 10/11.
23         THE COURT:  I'll give him a jury trial date of
24    February the 5th at 8:30.
25         That's for jury trial, sir.
```

Beverly R. Moreno, RPR
Official Court Reporter, Thirteenth Judicial Circuitt
Tampa, Florida

```
 1          I'll go ahead and set an interim pre-trial
 2   conference date of January 2nd so that we can be advised of
 3   the status of all of this.
 4          MS. RICHARDSON:  Thank you, Your Honor.
 5          (Thereupon, the case was concluded.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Beverly R. Moreno, RPR
Official Court Reporter, Thirteenth Judicial Circuitt
Tampa, Florida

# CERTIFICATE OF OFFICIAL COURT REPORTER

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, **BEVERLY R. MORENO**, RPR, CP, Official Court Reporter, Criminal Justice Division, Thirteenth Judicial Circuit of the State of Florida,

DO HEREBY CERTIFY that I was authorized to, and did, report the proceedings and evidence in this hereinbefore-styled cause, as stated in the caption attached, and that the preceding transcript attached hereto is a true, accurate and correct computerized transcription of my report of the proceedings had at said session.

I FURTHER CERTIFY that I am not employed by or related to the parties to this matter nor interested in the outcome of this action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal in Tampa, Hillsborough County, Florida, this 19th day of July, 2006.

*Beverly Moreno*

Beverly R. Moreno, RPR, CP,

Official Thirteenth Circuit Court Reporter



# ADMINISTRATIVE OFFICE OF THE COURTS
THIRTEENTH JUDICIAL CIRCUIT OF FLORIDA
LEGAL DEPARTMENT

DAVID A. ROWLAND                          COURT COUNSEL

November 1, 2004

Steven McLeod, DC #924820
Hamilton Correctional Institution (Main Unit)
10650 S. W. 46th Street
Jasper, Florida 32052

    Re:    State of Florida v. Steven McLeod, Case No.: 00-15913
                 Thirteenth Judicial Circuit Court, Criminal Justice Division

Dear Mr. McLeod:

    This is a response to your September 23, 2004 letter to Chief Judge Menendez regarding the above-referenced case. Pursuant to Florida law, the chief judge is the chief judicial officer of the circuit, responsible for developing a plan for the efficient and proper administration of the courts. However, the chief judge does not possess any independent investigative powers, nor can he participate in decisions made in cases other than his own. Therefore, Chief Judge Menendez cannot review your case.

    A review of the case progress docket for your case indicates that on October 4, 2004, Judge Timmerman entered an order denying, in part, your motion for post conviction relief. The judge also ordered the state attorney to respond to the remaining grounds and a status review conference is scheduled for November 2, 2004.

    As to your concern regarding the cost of your requested transcript, Ms. Savalli indicated to you in her February 16, 2004 letter that the $70.00 deposit was only a cost estimate and that the balance of the cost would be due upon completion of the transcript. Ms. Savalli's August 26, 2004 letter advised that the transcript was completed and would be sent to you upon receipt of the balance due in the amount of $10.25.

    If you have any other complaint regarding the operation of the AOC Court Reporters Office, you may address it to Michael L. Bridenback, Court Administrator, at 800 East Twiggs Street, Suite 60 Tampa, Florida 33602.

                                               Sincerely,

                                               David A. Rowland

cc:    Honorable Manuel Menendez, Jr., Chief Judge
        Honorable Wayne S. Timmerman, Circuit Judge
        Michael L. Bridenback, Court Administrator
        Robert O'Neill, Assistant United States Attorney
        Michael C. Sinacore, State Attorney's Office, Division "H" Chief
        Office of the Attorney General

*Exhibit # 20*