UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, | ) |
|       Plaintiff, | ) Civil Action No.: 06-247 (JDB) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.* | ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the U.S. Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") respectfully request two additional weeks to file their opposition to Plaintiff's Motion to Strike Defendant's Motion to Dismiss and Motion for Summary Judgment and Plaintiff's Motion for Sanctions, docket entry no. [19]. Although there is no date reflected on Plaintiff's certificate of service, Plaintiff's opposition was placed on the Court's Electronic Case Filing system on August 11, 2006. Based on the ECF placement, Defendants' opposition would be due on August 21, 2006. Defendants request a new deadline of September 14, 2006.

In this case brought under the Freedom of Information Act ("FOIA"), Plaintiff, a *pro se* prisoner serving a life sentence in Florida, filed substantially identical FOIA requests with the U.S. Attorney's Office in Tampa, Florida ("USAO-Tampa"), and the FBI. Both requests sought information relating to Plaintiff's state prosecution in a specifically identified case in Florida. As Defendants explained in their combined motion to dismiss or for summary judgment, nos. [15] &

[16], Plaintiff failed to exhaust his administrative remedies and, therefore, his claim against DOJ should be dismissed. Moreover, because both DOJ and the FBI conducted reasonable searches and located no records responsive to his requests, the agencies are entitled to judgment as a matter of law. Defendant filed its motions on May 17, 2006. After filing multiple intervening motions and having the Court extend the time for his opposition until August 25, 2006, Plaintiff filed an opposition to Defendants' dispositive motion on August 11, 2006.

Defendants request additional time to file their opposition because the Assistant United States Attorney with daily responsibility for this matter is currently out of the office and is not expected back until August 22, 2006. Upon his return, he will need sufficient time to review Plaintiff's opposition, to consult, if necessary, with personnel at other agencies, and to draft a reply brief. In addition, this case is one among many on the AUSA's active docket and those matters have other deadlines which also need to be met. Based on the schedule in place in this case, the AUSA would not have been anticipating working on this matter until after August 25, 2006.

This motion is filed in good faith and Plaintiff will not be prejudiced by the requested extension. Plaintiff sought and was granted ample time in which to file his opposition and the time being sought by Defendants is significantly less. Allowing Defendants a reasonable amount of time to submit a reply brief will enhance the presentation of the issues for resolution by the Court and will not unduly delay this matter.

A proposed order is attached. Because Plaintiff he is a prisoner, appearing *pro se*, Local Rule 7(m) does not apply.

| | |
|---|---|
| August 14, 2006 | Respectfully submitted, |

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File Reply in Support of Motion to Dismiss and Motion for Summary Judgment to be served upon *pro se* Plaintiff by first class United States mail, postage prepaid, addressed to:

>STEVEN A. McLEOD
>R#924820
>Hamilton C.I. (Main Unit)
>10650 S.W. 46th Street
>Jasper, FL 32052

on this 14th day of August, 2006.

                                                                                                           _____
                                                                                                           JANE M. LYONS, D.C. Bar # 451737
                                                                                                           Assistant United States Attorney
                                                                                                           555 4th St., N.W.
                                                                                                           Washington, D.C. 20530
                                                                                                           (202) 514-7161