UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.* ) <br> ) <br> Defendants. ) | Civil Action No.: 06-247 (JDB) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Reply in Support of Motion to Dismiss and Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is

**FURTHER ORDERED** that Defendants shall file their reply in support of the pending motions to dismiss and for summary judgment opposition on or before **September 14, 2006**.

So ordered.

This _____ day of _____, 2006.

_____
JOHN D. BATES
United States District Judge

**Copies to:**
Through ECF to:
AUSA Alan Burch (alan.burch@usdoj.gov)

Through U.S. Mail to:

STEVEN A. McLEOD
Reg. No. 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th Street
Jasper, FL 32052