UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Steven A. McLeod,

    Plaintiff,

      v.                         Civil Action No.  06-0247 (JDB)

U.S. Department of Justice *et al.*,

    Defendants.

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion for summary judgment [Dkt. No. 15] is GRANTED

in part; and it is

FURTHER ORDERED that within thirty (30) days of this Order, defendant shall

supplement the record with a further explanation of the search for EOUSA records consistent

with the Court's Memorandum Opinion.

                                        s/
                              JOHN D. BATES
                       United States District Judge

Dated: October 18, 2006