IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN McLEOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 06-CV-247-JDB |
| ) | |
| EXECUTIVE OFFICE FOR UNITED ) | |
| STATES ATTORNEYS, ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### SUPPLEMENTAL DECLARATION OF CHRISTINA J. GRIFFITHS

I, Christina J. Griffiths, declare the following to be a true and correct statement of facts:

1. I am a Paralegal Specialist assigned to the United States Attorney's Office ("USAO") for the Middle District of Florida, Tampa Division. My responsibilities include serving as liaison (FOIA Coordinator) to the Freedom of Information Act and Privacy Act Staff ("the FOIA/PA Staff") for the Executive Office for United States Attorneys in Washington, D.C. My duties in that regard require me to receive requests filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 (1996), and the Privacy Act of 1974 ("PA"), 5 U.S.C. §552a (1988) whenever the records are identified as likely to be located in the Middle District of Florida. The Middle District of Florida encompasses five branch offices located in Tampa, Jacksonville, Orlando, Ocala and Fort Myers.

2. The statements I make in this supplemental declaration are made on the basis of my review of the official files and records of the USAO for the Middle District of Florida, my own personal knowledge, or on the basis of knowledge acquired by me through the performance of

my official duties.

3. Due to the nature of my official duties, I am familiar with the procedures followed by this office in responding to the FOIA/PA request, made by Steven McLeod, dated August 8, 2005, that is the subject of this action.

4. This supplemental declaration is made to clarify actions taken by myself regarding notification to and participation of Robert O'Neill, Assistant United States Attorney ("AUSA"), Chief, Criminal Division, Tampa, Florida.

5. On August 11, 2005, a FOIA request from Mr. McLeod, addressed to Robert E. O'Neill, Esq., was received by my office in the Middle District of Florida (eventually assigned tracking # 05-2530). This request was routed to me as part of the normal course of business. Requests are routinely received by various individuals, including legal assistants who review mail for the attorneys, and sent directly to me for further processing. In this particular instance, I do not know if Mr. O'Neill was aware of this correspondence from Mr. McLeod. It is not part of the duties of the AUSAs to handle or process FOIA requests addressed to them unless requested to participate by the FOIA/PA staff. At no time was his participation required in the search for responsive records, as explained more fully below.

6. The request was handwritten and appeared to be from Steven "McLeal." I searched for records responsive to the request under the name Steven "McLeal". By using the computer indexes in our office and the district court ("PACER"), I determined that no office of the Middle District of Florida nor the district court for the Middle District of Florida had a criminal case matter or file regarding "Mr. McLeal." Accordingly, no AUSA, including Mr. O'Neill, was contacted regarding this FOIA request. As required by statute, I transmitted the FOIA request,

documentation regarding my search and a copy of a letter I sent to Mr. McLeod advising him that I was forwarding his FOIA request, to the attention of the Assistant Director of the FOIA Unit via facsimile.

7. On October 3, 2005, I received additional communication from Mr. McLeod. This letter, also handwritten, was addressed to me directly. The requester's correct name, McLeod, was much clearer on this second communication. Because my initial search was for the last name "McLeal", I conducted a second search in LIONS for "McLeod". Again, I found no criminal matter or case records. Again, no AUSA was contacted in any manner regarding this request. If my search had revealed that an AUSA in the district had a pending or closed matter or case regarding Mr. McLeod, my normal procedure is to notify that AUSA of the FOIA request so he/she may search for potentially responsive documents.

8. On March 30, 2006, I received an expedited FOIA request (#06-892) pertaining to Mr. McLeod from the FOIA Unit, Washington DC. Utilizing LIONS and PACER, I conducted a search for records pertaining to Mr. McLeod. No criminal matter or case records were found in LIONS. Our office did have one closed civil matter, however. That civil case file is for the instant civil action and it was closed because the case is presently pending before the District Court in the District of Columbia, not the district court in the Middle District of Florida. I sent the attached email to the civil AUSA assigned, requesting the file. See Ex. A. She promptly provided the file and nothing more was required of her to comply with the agency's search procedures.

9. PACER revealed no criminal cases in the Middle District of Florida. Documentation responsive to this FOIA request was forwarded to the FOIA Unit on April 4, 2006.

10. The various searches I conducted for records responsive to Mr. McLeod's FOIA/PA requests were systematic searches to determine the location of any and all files relating to him in order to comply with the requests. The specific computer case tracking systems utilized in searching for records pertaining to Mr. McLeod was the Legal Information Office Network System ("LIONS"). The LIONS system tracks civil, criminal, and appellate investigations and cases. The retrieval of information in the LIONS database can be made by a defendant's name, USAO file jacket number, and district court docket number. Because Mr. McLeod was searching for records dating back to 2000, a LIONS search is the appropriate computerized system to search for USAO files pertaining to Mr. McLeod.

11. Each step in the handling of Mr. McLeod's requests was entirely consistent with the EOUSA and the United States Attorney's office procedures which were adopted to insure an equitable response to all persons seeking access to records under the FOIA/PA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2006.

_____
CHRISTINA J. GRIFFITHS
Paralegal Specialist
United States Attorney's Office for
  the Middle District of Florida

# Exhibit A

## Griffiths, Chris (USAFLM)

To: Willing, Patricia (USAFLM)
Subject: I need to make a copy of the Steve McLeod closed matter, USAO 2006V00301

So I can respond to an expedited FOIA request. Please call me (ext. 6079) when you have the file and I'll make the copies. Many thanks.

Griffiths, Chris (USAFLM)

1