UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. McLEOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-247 (JDB) |

**SUPPLEMENTAL DECLARATION OF DAVID LUCZYNSKI**

I, David Luczynski, declare as follows:

1. This Supplemental Declaration is provided in response to this Court's Order dated October 18, 2006, directing the Department of Justice "to supplement the record to reflect an inquiry to [AUSA Robert] O'Neill and any other relevant AUSAs and the results of such inquiry." Mem. Op. at 6.

2. In my prior declaration in this case, I explained mistakenly that the agency's FOIA contacts in the Tampa U.S. Attorney's Office sent an email inquiry to "the Assistant United States Attorney in the Criminal Division" of the Tampa office. See Luczynski Dec. ¶ 10. I made that statement on the basis of the agency's standard internal checklist for FOIA search procedures, which includes a step whereby the FOIA contacts in the respective office send emails (or other contact requests) to whichever AUSAs it reasonably appears might have responsive records. On the basis of these standard procedures and my discussions with Ms. Griffiths in processing the request in this case (prior to this litigation), I mistakenly assumed that she contacted a criminal AUSA in the

        Tampa office. I regret the error.

3.     I have no specific knowledge nor reason to believe that anyone sent any request to AUSA O'Neill, or that he should reasonably have been expected to participate in the search or have responsive records.

4.     I re-affirm all other statements in my prior Declaration and I still believe that the agency conducted a fully proper search.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2006.

_____
DAVID LUCZYNSKI
Attorney Advisory
EOUSA, FOIA/PA Unit