UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven A. McLeod,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. Department of Justice *et al.*,<br><br>    Defendants. | Civil Action No.  06-0247 (JDB) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion and in the Memorandum Opinion of October 18, 2006, it is

ORDERED that defendant's motion for summary judgment [Dkt. No. 15] is GRANTED and it is

FURTHER ORDERED that judgment is entered for the defendant and this case is DISMISSED.  This is a final appealable Order.

                                                              s/
                                                    JOHN D. BATES
                                              United States District Judge

Dated: November 30, 2006