UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN A. McLEOD,
Plaintiff,

vs.

CASE NO. 06-cv-247(JDB)

U.S. DEPARTMENT OF JUSTICE, et al.
Defendants.

PROVIDED TO
HAMILTON CI ON 11-29-06
FOR MAILING

Leave to file GRANTED

John D. Bates  12/8/06
United States District Judge

## MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S SUPPLEMENTAL RESPONSE IN SUPPORT OF SUMMARY JUDGMENT

COMES NOW, the Plaintiff, Steven A. McLeod, Pro Se, pursuant to Federal Rules of Civil Procedure, requesting this Honorable Court for a sixty (60) day extension of time from any Order granting this motion to file a reply to the Defendant's Supplemental Response In Support Of Summary Judgment filed on November 16th, 2006 in the above-styled cause and offers the following in support thereof:

1. On October 18th, 2006, this Honorable Court entered a Memorandum Order in which this Court ordered in pertinent part for Defendants Counsel: "Instead, EOUSA will be required to supplement the record to reflect an inquiry to O'Neill and any other relevant AUSAs and the results of such an inquiry." (Emp. Added).

2. Defendant's Counsel filed a Defendant's Supplemental Response In Support Of Summary Judgment and have still failed to comply with the October 18th Order, 2006 because the response fails to reflect an inquiry to Mr. O'Neill or any other AUSAs in the Tampa, Florida, U.S. Attorney's Office, which is directly in violation of this Court's October 18th, 2006 Order.

3. The Defendants are estopped from relitigating the issue already determined by this Court and the Suppleme RECEIVED

DEC 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Declarations of Christina Griffiths and David Lucynski create a genuine issue of material fact because they expressly and directly conflict with the previous Declarations from the same individuals for summary judgment purposes.

4. The Plaintiff is a layman at law and with the recent Thanksgiving holiday and upcoming Christmas and New Year's holidays, the Plaintiff only has limited law library access.

5. The Plaintiff currently has a state civil litigation, a federal habeas corpus litigation in the U.S. District Court, in which the Plaintiff is preparing to take an extensive amount of discovery, and a brief for an appeal to Eleventh Circuit Court of Appeals, involving 45 Defendants and 30 counts, that are all currently pending.

6. Furthermore, the Plaintiff is contemplating and researching a Motion For Sanctions, in the instant litigation for the Defendants failure to comply with this Court's Order of October 18th, 2006 by making the requisite inquiry to Mr. O'Neill and other AUSAs, and pursuant to Rule 11(c)(1)(A), Fed. R. Civ. P., the Plaintiff must provide a 21 day safe harbor period for the Defendants to correct the erroneous response.

7. This motion for extension of time is made in good faith and not solely for the purposes of delay.

8. The Plaintiff has not consulted with Defendants counsel concerning this extension of time, due to time and communication constraints caused by the Plaintiff's incarceration.

WHEREFORE, the Plaintiff prays this Honorable Court will grant the requested extension of time and any and other relief that this Court deems just and proper.

## UNNOTARIZED OATH

I HEREBY certify, pursuant to Title 28 U.S.C. 1746, that the foregoing is true and correct under penalty of perjury.

DATED: 11/28/06

_Steven A. McLeod_
Steven A. McLeod, D.C.# 924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been served by U.S. Mail to: Alan Burch, Esq., U.S. Attorney's Office, 555 4th St., N.W., Washington, D.C., 20530, by hand delivering to Ms. Herring, Law Library Supervisor, Hamilton C.I. (Main Unit, on this 29th day of November, 2006.

Respectfully submitted,

_Steven A. McLeod_
Steven A. McLeod, Plaintiff

3