UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROVIDED TO
HAMILTON C... 12-8-06
FOR MAILING

STEVEN A. McLEOD,
  Plaintiff,

vs.                                  CASE NO. 06-cv-247(JDB)

U.S. DEPARTMENT OF JUSTICE, et al,
  Defendants.
_____/

RECEIVED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO ALTER, AMEND, OR VACATE ORDER AND JUDGMENT IN A CIVIL CASE

COMES NOW, the Plaintiff, Steven A. McLeod, Pro Se, pursuant to Federal Rules of Civil Procedure, Rules 56(e) and 60(b) requesting this Honorable Court to alter and/or amend the Order and Judgment entered on November 30th, 2006, without the Plaintiff being able to file a reply to the Defendants Supplemental Response In Support Of Summary Judgment and offers the following in support thereof:

1. This cause came before this Honorable Court, via a Freedom Of Information Act Action, pursuant to Title 5 U.S.C. 552.

2. On October 18th, 2006, this Court entered a Memorandum Order granting summary judgment in part and requiring the Defendants to supplement their response, in respect to summary judgment, by making an inquiry to Asst. U.S. Attorney Robert O'Neill, and other AUSA's, and to provide the results of such inquiry.

3. On November 16th, 2006, the Defendants filed a Defendants Supplemental Response In Support Of Summary Judgment, which contained amended declarations by Christina J. Griffiths and David Luczynski.

4. Pursuant to Local Rules, the Plaintiff had fourteen (14)

1

days to respond and pursuant to Rule 56(e), Fed. R. Civ. P., a court may permit affidavits to be supplemented and if the adverse party does not respond, then summary judgment may be entered, if appropriate.

5. On November 29th, 2006, the Plaintiff filed a Motion For Extension Of Time To File Reply To Defendants Supplemental Response In Support Of Summary Judgment, by placing this document in the hands of prison authorities, so the motion is considered to be filed on that date, under the prison mailbox rule. Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed. 2d 245 (1988)

6. On November 30th, 2006, which was the fourteenth (14th) day after the Defendant's Supplemental Response In Support Of Summary Judgement was filed, this Court entered an Order and Judgment for the Defendants.

7. This Court should understand that it normally takes at least five (5) days for the Plaintiff to receive any document via U.S. Mail and D.O.C. legal mail, so the Plaintiff received the Defendants Supplemental Response on the last day before the Thanksgiving holiday and the law library here at Hamilton C.I. is closed on Monday, so November 28th, 2006, was the first day the Plaintiff had access to copying services (the date on the motion for extension of time) which take a full day, so November 29th, 2006 was the earliest the motion could be sent, to extend the time to respond.

8. The Plaintiff is an incarcerated person with limited access to mail, law library and copying services and does not have the ability to electronically file documents in this Court.

9. Pursuant to Rule 56(e), Fed. R. Civ. P., the Plaintiff is entitled to a full and fair opportunity to oppose summary judgment and the principles of equity and fundamental fairness require the Order and Judgment be withdrawn so the Plaintiff can file opposition to summary judgment and fairly litigate the claims.

WHEREFORE, the Plaintiff prays that this Honorable Court will withdraw, vacate, alter or amend the Order and Judgment dated on November 30th, 2006 and allow the Plaintiff to file a response and grant any and all other relief that this Court deems just and proper.

### UNNOTARIZED OATH

I HEREBY certify, pursuant to Title 28 U.S.C. 1746, that the foregoing is true and correct, under penalty of perjury.

DATED: 12/7/06        _____
                     Steven A. McLeod, D.C. #924820
                     Hamilton C.I. (Main Unit)
                     10650 S.W. 46th St.
                     Jasper, FL 32052

### CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been served by U.S. Mail to: Alan Burch, Esq., U.S. Attorney's Office, 555 Fourth St., N.W., Washington, D.C. 20530 by placing in the hands of Ms. Herring, Law Library Supervisor, Hamilton C.I. (Main Unit) on this 8th day of December, 2006.

Respectfully submitted,

_____
Steven A. McLeod, Plaintiff

3