UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Steven A. McLeod,

    Plaintiff,

        v.                                             Civil Action No. 06-0247 (JDB)

U.S. Department of Justice *et al.*,

    Defendants.

ORDER

    In this Freedom of Information Act case, plaintiff moves pursuant to Fed. R. Civ. P. 59(e) to alter or amend the judgment entered for defendants on November 30, 2006. Such motions are committed to the sound discretion of the trial court to grant or deny and "need not be granted unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and internal quotation marks omitted). Moreover, the motion should not be granted if the Court has "reason to believe that vacating the judgment will [] be an empty exercise or a futile gesture." *Murray v. District of Columbia*, 52 F.3d 353, 355 (D.C. Cir. 1995) (citations omitted).

    Plaintiff seeks to reopen the case to allow time for him to respond to defendants' supplemental response pertaining to the search for responsive records. *See* Mem. Op. (Nov. 30, 2006) (finding sufficient clarification to resolve the outstanding issue). Plaintiff has not attached his response to the current motion, but his motion for an enlargement of time filed after the entry of judgment (Dkt. No. 42) is informative of his position. There, plaintiff asserts that the

supplemental declarations upon which the Court relied to finally resolve the case "create a genuine issue of material fact because they expressly and directly conflict with the previous declarations from the same individuals."  Pl.'s Mtn. at 2.  Plaintiff also asserts that defendants' supplemental response is not in compliance with the Court's previous directive set forth in its first Memorandum Opinion for defendants to supplement the record to reflect an inquiry to Assistant United States Attorney ("AUSA") Robert O'Neill and any other relevant AUSAs.  *See* Mem. Op. (Oct. 18, 2006) at 6.  Neither assertion provides a basis for reopening the case.  The Order accompanying the Court's October 18, 2006 Memorandum Opinion directed defendants to further explain the search, which they did by way of acknowledging error in one of their previous declarations and explaining why an inquiry to the AUSAs was unnecessary.  Hence, defendants' supplemental response complies with the Court's earlier directive and clarifies the relevant facts without creating a genuine issue of material fact precluding the entry of summary judgment.  Accordingly, it is by the Court this 3rd day of January 2007,

     ORDERED that plaintiff's Motion to Alter, Amend or Vacate Order and Judgment in a Civil Case [Dkt. No. 43] is DENIED.

  s/  
JOHN D. BATES  
United States District Judge
