UNITED STATES DISTRICT COURT
IN THE DISTRICT OF COLUMBIA

PROVIDED TO
HAMILTON CI ON 1-11-07
FOR MAILING

STEVEN A. McLEOD,
    Plaintiff/Appellant,

vs.

U.S. DEPARTMENT OF JUSTICE, et al.,
    Defendants/Appellees.
_____/

CASE NO. 06-cv-247 (JDB)

## NOTICE OF APPEAL

COMES NOW, the Plaintiff, Steven A. McLeod, Pro Se, pursuant to Federal Rules of Appellate Procedure, Rules 3 and 4, filing this notice of appeal to the United States Circuit Court of Appeals for the District Of Columbia of the final judgment entered by this court on November 30th, 2006 and the order denying the motion to vacate judgment, pursuant to Rule 59(e), Fed. R. Civ. P., on January 3rd, 2007.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

## UNNOTARIZED OATH

I HEREBY certify, pursuant to Title 28 U.S.C. 1746, that the foregoing is true and correct under penalty of perjury.

DATED: 1/10/07

Steven A. McLeod, D.C. #924820
Hamilton C.I. (Main Unit)
10650 S.W. 46th St.
Jasper, FL 32052

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT