# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States Court of Appeals for the District of Columbia

STEVEN A. McLEOD,
Appellant,

v.

U.S. DEPARTMENT OF JUSTICE, et al.
Appellees.

Court of Appeals No. _____

District Court No. 06-cv-247(JDB)

PROVIDED TO HAMILTON CI ON 1-11-07 FOR MAILING

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 1/10/07

---

My issues on appeal are: the district court erred in granting summary judgment for the Defendants, the district court erred in refusing to allow the Plaintiff to conduct discovery, the district court erred in refusing to grant change of venue and the district court erred in entering judgment without allowing the Plaintiff to respond to the Defendants Supplemental Response to Motion For Summary Judgment.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

RECEIVED JAN 16 2007 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $0 | $0 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $40.00 | $0 | $40.00 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): _____ | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $40.00 | $0 | $40.00 | $0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Not applicable | | | |

4. How much cash do you and your spouse have? $ .04
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Inmate Account | Inmate Trust Fund | $ .04 | $ 0 |
| N/A | | $ | $ 0 |
| | | $ | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): None

Other real estate (Value): None

Motor vehicle #1 (Value)
Make & year: None
Model:
Registration #:

Motor vehicle #2 (Value)
Make & year: None
Model:
Registration #:

Other assets (Value): N/A

Other assets (Value): N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None, | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? ☐Yes ☐No | | |
| Is property insurance included? ☐Yes ☐No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
|    Homeowner's or renter's | $ 0 | $ 0 |
|    Life | $ 0 | $ 0 |
|    Health | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Other: None | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): None | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|    Motor Vehicle | $ 0 | $ 0 |
|    Credit card (name): N/A | $ 0 | $ 0 |
|    Department store (name): N/A | $ 0 | $ 0 |
|    Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): Canteen, stamps, hygiene items | $ 40.00 | $ 0 |
| Total monthly expenses: | $ 40.00 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

   If yes, how much? $ _____

   If yes, state the attorney's name, address, and telephone number:

   _____

   _____

   _____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
   ☐ Yes  ☒ No

   If yes, how much? $ _____

   If yes, state the person's name, address, and telephone number:

   _____

   _____

   _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
   Currently incarcerated and unable to earn money.

13. State the address of your legal residence.
   Hamilton C.I. (Main Unit), 10650 S.W. 46th St,
   Jasper, FL 32052

   Your daytime phone number: (___) N/A

   Your age: 46    Your years of schooling: 12+

   Your social-security number: 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