Electronic Case Filing | U.S. District Court - Middle District of Florida - Docket Report    Page 1 of 6
Case 1:06-cv-00247-JDB    Document 51-2    Filed 01/23/2007    Page 1 of 6
CLOSED, MAP

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:98-cv-01534-EAK

| | |
|---|---|
| McLeod v. Henderson, et al | Date Filed: 07/23/1998 |
| Assigned to: Judge Elizabeth A. Kovachevich | Date Terminated: 11/13/1998 |
| Demand: $1,000,000 | Jury Demand: Plaintiff |
| Case in other court: 98-03745 | Nature of Suit: 555 Prisoner Civil Rights (Prison Condition) |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Steven A. McLeod**  
*9802811, and other members of the class*

represented by **Steven A. McLeod**  
#924820 Dorm I-  
Hamilton Correctional Institution Main Unit  
10650 S.W. 46th St.  
Jasper, FL 32052-1360  
PRO SE

V.

**Defendant**

**Cal Henderson**  
*Sheriff*

represented by **Nathan Brook Nutter**  
Law Office of N. Brook Nutter  
610 W. Azeele Street  
Tampa, FL 33606  
813-259-9646  
Fax: 813-254-6214  
Email: bnutter@brooknutter.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Board of Hillsborough County Commissioners**

**Defendant**

**David Parrish**  
*Colonel*

**Defendant**

**Captain Ellison**

**Movant**

**Correctional Medical System Services, Inc.**

represented by **Scott Patrick Distasio**  
Wilkes & McHugh, P.A.  
Suite 800  
1 N Dale Mabry Hwy  
Tampa, FL 33609  
813/873-0026  
Fax: 813/872-7314

Email: sdistasio@wilkesmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**June Gallagher's**   represented by   **Scott Patrick Distasio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/23/1998 | 1 | COMPLAINT (petition) for Civil Rights Damages and DEMAND FOR JURY TRIAL and injunctive relief filed; exhibits attached. (mrh) (Entered: 07/27/1998) |
| 07/23/1998 | 2 | ARGUMENT AND MEMORANDUM by Steven A. McLeod in support of [1-1] complaint (petition) for civil rights damages; exhibit attached. (mrh) (Entered: 07/27/1998) |
| 07/23/1998 |   | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Mark A. Pizzo (mrh) (Entered: 07/27/1998) |
| 07/23/1998 | 3 | MOTION by Steven A. McLeod to proceed in forma pauperis (affidavit of indigency) ; with computer printout; attachment. (mrh) (Entered: 07/27/1998) |
| 07/23/1998 | 4 | MOTION by Steven A. McLeod for appointment of counsel for members of the class (mrh) (Entered: 07/27/1998) |
| 07/29/1998 | 5 | NOTICE of filing affidavit certificate to be attached to affidavit of insolvency for a litigation naming Cal Henderson by Steven A. McLeod; affidavit and computer printout attached. (mss) Modified on 07/30/1998 (Entered: 07/30/1998) |
| 07/30/1998 | 6 | MOTION by Steven A. McLeod to supplement [1-1] complaint for civil rights damages . (ag) (Entered: 07/31/1998) |
| 07/30/1998 | 7 | NOTICE of filing legible copy of exhibit #3 to original complaint by Steven A. McLeod; exhibit #3 attached. (ag) (Entered: 07/31/1998) |
| 08/11/1998 | 8 | NOTICE of designation under Local Rule 3.05 - TRACK 1. (ctc) (mrh) (Entered: 08/11/1998) |
| 10/15/1998 | 9 | EX PARTE EMERGENCY MOTION by Steven A. McLeod for temporary restraining order ; exhibits attached. (mrh) (Entered: 10/15/1998) |
| 10/15/1998 | 10 | MOTION by Steven A. McLeod with memorandum in support for preliminary injunction ; exhibits attached. (mrh) (Entered: 10/15/1998) |
| 10/15/1998 | 11 | MOTION by Steven A. McLeod to amend [1-1] complaint (petition) for civil rights damages ; proposed amended complaint with exhibits attached. (mrh) Modified on 10/30/1998 (Entered: 10/15/1998) |
| 10/15/1998 | 12 | MOTION by Steven A. McLeod for hearing (to be heard) on motion for preliminary injunction (mrh) (Entered: 10/15/1998) |
| 10/15/1998 | 13 | DOCUMENT(S) titled "Request and Notice of Waiver of Service of Process," for Correctional Medical Services, Inc., Hillsborough County Commission, June Gallagher, C.M.S. Administrator, Cal Henderson, Sheriff by Steven A. McLeod; attachment. (mrh) (Entered: 10/15/1998) |

| | | |
|---|---|---|
| 10/15/1998 | 14 | CERTIFICATE OF SERVICE of [11-1] motion to amend [1-1] complaint (petition) for civil rights damages, [13-1] remark, [10-1] motion for preliminary injunction, [12-1] motion for hearing (to be heard) on motion for preliminary injunction, [8-1] track 1 notice, and this [14-1] certificate of service by Steven A. McLeod (mrh) (Entered: 10/15/1998) |
| 10/19/1998 | 15 | ORDERED that the Clerk is directed to mail a copy of the ex parte motion for emergency court order to defendabnts at the addresses provided by plaintiff in the [1-1] complaint and in the [14-1] certificate of service. According to plaintiff's [14-1] certificate of service, defendants should already have a copy of the [10-1] motion for preliminary injunction. ( Signed by Judge Elizabeth A. Kovachevich ) ctc (mrh) (Entered: 10/20/1998) |
| 10/20/1998 | 16 | MOTION by Steven A. McLeod with memorandum in support for additional preliminary injunction ; exhibit 3 attached. (mrh) (Entered: 10/20/1998) |
| 10/27/1998 | 17 | SECOND EX PARTE MOTION by Steven A. McLeod for emergency court temporary restraining order ; attachments. (ag) (Entered: 10/28/1998) |
| 10/29/1998 | 18 | ORDER TO SHOW CAUSE: why a temporary restraining order should not be granted: response to order to show cause due 11/4/98 for Captain Ellison, for David Parrish, for Hills. Co. Bd Comm., for Cal Henderson (Signed by Judge Elizabeth A. Kovachevich), ctc (ag) (Entered: 10/30/1998) |
| 11/02/1998 | 19 | SUPPLEMENTAL EXHIBIT AND MEMORANDUM by Steven A. McLeod in support of [10-1] motion for preliminary injunction. (ag) (Entered: 11/04/1998) |
| 11/02/1998 | 20 | MOTION by Steven A. McLeod with memorandum in support for clarification of litigation . (ag) (Entered: 11/04/1998) |
| 11/02/1998 | 21 | Supplement to ex-parte motion for emergency court order by Steven A. McLeod; attachments. (ag) (Entered: 11/04/1998) |
| 11/03/1998 | 22 | Supplement to second ex parte motion for emergency court order by Steven A. McLeod. (ag) (Entered: 11/04/1998) |
| 11/04/1998 | 23 | NOTICE of unorganized exhibits by Steven A. McLeod. (ag) (Entered: 11/05/1998) |
| 11/05/1998 | 24 | NOTICE of attorney appearance for Cal Henderson by Nathan B. Nutter. (ag) (Entered: 11/06/1998) |
| 11/05/1998 | 25 | RESPONSE by Cal Henderson in opposition to [16-1] motion for additional preliminary injunction; attachments. (ag) (Entered: 11/06/1998) |
| 11/05/1998 | 26 | MOTION by Cal Henderson with memorandum in support to extend time to respond to plaintiff's motion for preliminary injunction . (ag) (Entered: 11/06/1998) |
| 11/06/1998 | 27 | RESPONSE TO SHOW CAUSE ORDER filed by movant Correctional Medical, movant June Gallagher's. (ag) (Entered: 11/09/1998) |
| 11/09/1998 | 28 | RESPONSE by Correctional Medical, June Gallagher's to [10-1] motion for preliminary injunction; [17-1] motion for emergency court temporary restraining order; [16-1] second motion for additional preliminary injunction; attachments. (ag) (Entered: 11/10/1998) |
| 11/10/1998 | 29 | MOTION by Steven A. McLeod with memorandum in support to amend [1-1] complaint (ag) (Entered: 11/10/1998) |
| 11/10/1998 | 30 | RESPONSE by Cal Henderson to [17-1] motion for emergency court temporary restraining order. (ag) (Entered: 11/10/1998) |

| | | |
|---|---|---|
| 11/10/1998 | 31 | RESPONSE by Cal Henderson to [9-1] motion for temporary restraining order. (ag) (Entered: 11/10/1998) |
| 11/13/1998 | 32 | ORDER that plaintiff's request for class action certification is denied; denying [4-1] motion for appointment of counsel for members of the class; granting [6-1] motion to supplement [1-1] complaint for civil rights damages; denying [11-1] motion to amend [1-1] complaint (petition) for civil rights damages; denying [29-1] motion to amend [1-1] complaint. Plaintiff's complaint concerning the assessment and collection of booking fees is dismissed with prejudice; denying [9-1] motion for temporary restraining order; denying [10-1] motion for preliminary injunction; denying [16-1] motion for additional preliminary injunction; denying [17-1] motion for emergency court temporary restraining order. The clerk is directed to enter judgment against plaintiff and to close this case. (Signed by Judge Elizabeth A. Kovachevich) ctc MFR Number 117/1151-1163 (ag) Modified on 11/17/1998 (Entered: 11/16/1998) |
| 11/13/1998 | 33 | JUDGMENT is hereby entered against plaintiff, Steven A. McLeod. Civil Appeals Checklist Mailed. (signed by ag/deputy clerk), MFR Number 117/1214 ctc (ag) (Entered: 11/17/1998) |
| 11/13/1998 | | CASE CLOSED. (ag) (Entered: 11/17/1998) |
| 11/16/1998 | 34 | NOTICE to the court of continuing and additional retaliation by Steven A. McLeod. (ag) (Entered: 11/17/1998) |
| 11/17/1998 | 35 | MOTION by Steven A. McLeod with memorandum in support to expedite appointment of counsel . (ag) (Entered: 11/18/1998) |
| 12/01/1998 | 36 | NOTICE OF APPEAL of [32-1] order by Steven A. McLeod Appeal Information Sheet, with instructions, Sent to Appellant. Fee Status: unpaid Certificate of Readiness due on 12/16/98 (gw) (Entered: 12/03/1998) |
| 12/01/1998 | 37 | MOTION by Steven A. McLeod to proceed in forma pauperis referred to Magistrate Judge Mark A. Pizzo (gw) (Entered: 12/03/1998) |
| 12/01/1998 | 38 | AFFIDAVIT of Steven A. McLeod Re: [37-1] motion to proceed in forma pauperis (gw) (Entered: 12/03/1998) |
| 12/03/1998 | | Certified copies of notice of appeal, judgment/order under appeal, and docket transmitted to USCA: [36-1] appeal ctc (gw) (Entered: 12/04/1998) |
| 12/07/1998 | 39 | THIRD EX PARTE MOTION by Steven A. McLeod for protective order ; exhibits attached. (ag) (Entered: 12/07/1998) |
| 12/07/1998 | | Notice of change of address as to plaintiff Steven A. McLeod. (520 Fawkenburg Rd., Tampa, FL 33619) (ag) (Entered: 12/08/1998) |
| 12/09/1998 | 40 | ORDER denying for lack of jurisdiction [39-1] motion for protective order, denying [37-1] motion to proceed in forma pauperis, denying [35-1] motion to expedite appointment of counsel. Plaintiff shall pay full appellate filing fee in accorance with the Prison Litigation Reform Act of 1995, Title VIII, Section 804 - see order for further details. Setting fee payment due 12/29/98 ( Signed by Judge Elizabeth A. Kovachevich ) ctc (src) (Entered: 12/11/1998) |
| 12/14/1998 | | NOTICE assigning 11th Circuit case number re: [36-1] appeal USCA NUMBER: 98-3754 (gw) (Entered: 12/15/1998) |
| 12/15/1998 | 41 | Transcript requested [36-1] appeal Appeal Information Sheet filed. No transcript required. (gw) (Entered: 12/16/1998) |
| 12/23/1998 | | USCA appeal fees received $ 30.00 Receipt # 63626 Balance due $ 75.00 (jlg) (Entered: |

| Date | Doc # | Description |
|---|---|---|
| 12/28/1998 | | TRANSMITTAL to USCA [36-1] appeal re: partial payment of fees (jlg) (Entered: 12/28/1998) |
| 01/11/1999 | | USCA appeal fees received $ 25.00 Receipt # 63813 Balance due $ 50.00 (gw) (Entered: 01/12/1999) |
| 01/13/1999 | | TRANSMITTAL to USCA copy of receipt for appeal fee. (gw) (Entered: 01/14/1999) |
| 01/28/1999 | | USCA appeal fees received $ 50.00 Receipt # 64044 Balance due $ 0 (gw) (Entered: 02/01/1999) |
| 02/18/1999 | | TRANSMITTAL to USCA [0-0] copy of receipt for fee payment. (gw) (Entered: 02/18/1999) |
| 02/18/1999 | | ACKNOWLEDGMENT from USCA for receipt of filing fee. (gw) (Entered: 02/19/1999) |
| 02/18/1999 | | REQUEST from USCA for copy of doc. #40. (gw) (Entered: 02/19/1999) |
| 02/22/1999 | | TRANSMITTAL to USCA copy of order, doc. 40. (gw) (Entered: 02/22/1999) |
| 02/22/1999 | | Notice of change of address as to Steven A. McLeod. 4502 S. Manhattan Ave., Tampa, FL 33611) (ag) (Entered: 02/23/1999) |
| 03/04/1999 | | ACKNOWLEDGMENT from USCA for notification of appeal fee paid. (gw) (Entered: 03/05/1999) |
| 07/22/1999 | | TRANSMITTAL to USCA updated docket entries pursuant to 7/21/99 telephone request. (gw) (Entered: 07/22/1999) |
| 07/26/1999 | | ACKNOWLEDGMENT dated 2/24/99 from USCA for copy of document 40. (gw) (Entered: 07/27/1999) |
| 07/26/1999 | | REQUEST dated 7/21/99 from USCA for original case papers. (gw) (Entered: 07/27/1999) |
| 07/28/1999 | | Transmitted record on appeal to USCA. (Transmittal includes: 1 (original) Vol. of Pleadings) (jlg) (Entered: 07/28/1999) |
| 08/19/1999 | | ACKNOWLEDGMENT dated 7/27/99 from USCA for updated docket entries. (gw) (Entered: 08/20/1999) |
| 08/19/1999 | | ACKNOWLEDGMENT dated 8/2/99 from USCA for original case papers. (gw) (Entered: 08/20/1999) |
| 11/10/1999 | 42 | ORDER (USCA) denying petitioner's motion for leave to proceed in forma pauperis on appeal since this Court now finds that this appeal is frivolous. Within 35 days of the date of this order, appellant may file a motion for reconsideration. If the Court does not receive such a motion within 35 days, this appeal will be dismissed for lack of prosecution without further notice, pursuant to Eleventh Circuit Rule 42-1(b)i. (Signed by U.S. Circuit Judge Frank M. Hull) (USCA number 98-3754-E) (dlg) Modified on 11/17/1999 (Entered: 11/15/1999) |
| 11/12/1999 | | TRANSMITTAL from USCA [36-1] appeal re: return of the original court file ( 1 vol. ). (USCA number 98-3754-E) (dlg) (Entered: 11/15/1999) |
| 12/30/1999 | 43 | JUDGMENT OF USCA (certified copy) dismissing [36-1] appeal for want of prosecution because the appellant has failed to file a motion for reconsideration within 35 days of the entry of the order finding this appeal frivolous fixed by the rules. |

|  |  |  |
|---|---|---|
|  |  | Mandate date: 12/28/99 USCA EOD: 12/28/99 (USCA number 98-3754-E) (dlg) (Entered: 01/03/2000) |
| 03/01/2000 | [44](#) | ORDER from USCA dated 2/28/00, upon reconsideration of USCA order dated 11/10/99, this appeal is dismissed because it is frivolous. (USCA number 98-3754-E) (cdm) (Entered: 03/03/2000) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/23/2007 10:31:45 |||
| **PACER Login:** | ux0412 | **Client Code:** doj |
| **Description:** | Docket Report | **Search Criteria:** 8:98-cv-01534-EAK |
| **Billable Pages:** | 4 | **Cost:** 0.32 |