# U.S. District Court
# Middle District of Florida (Jacksonville)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00989-HLA-MCR

| | |
|---|---|
| McLeod v. Jeb Bush, et al | Date Filed: 11/13/2006 |
| Assigned to: Judge Henry Lee Adams, Jr | Date Terminated: 11/15/2006 |
| Referred to: Magistrate Judge Monte C. Richardson | Jury Demand: Plaintiff |
| Case in other court: 06-16127-D | Nature of Suit: 555 Prisoner Civil Rights (Prison Condition) |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Steven A. McLeod**     represented by  **Steven A. McLeod**
#924820 Dorm I-
Hamilton Correctional Institution Main Unit
10650 S.W. 46th St.
Jasper, FL 32052-1360
PRO SE

V.

**Defendant**

**Jeb Bush**
*Governor*

**Defendant**

**James R. McDonough**

**Defendant**

**Secretary, Department of Corrections**

**Defendant**

**Jack Sapp**

**Defendant**

**James Hudgins**

**Defendant**

**David McCallum**

**Defendant**

**Asst. Warden Archie**

**Defendant**

**Colonel Coleman**

**Defendant**

**T. D. Anderson**
*Col.*

**Defendant**

**Major D. Maddox**

**Defendant**

**Major Peavy**

**Defendant**

**S. Stewart**
*Capt.*

**Defendant**

**Capt. Collins**

**Defendant**

**Pat Herring**
*Lt.*

**Defendant**

**H. L. Graham**
*Lt.*

**Defendant**

**Sgt. Stohlman**

**Defendant**

**Off. Stenquist**

**Defendant**

**Off. Thompson**

**Defendant**

**D. Butler**
*Off.*

**Defendant**

**Off. Schleeler**

**Defendant**

**D. Jolson**
*Off.*

**Defendant**

**G. Givens**
*Off.*

**Defendant**

**L. Johnson**
*Off.*

**Defendant**

**Sgt. Dupew**

**Defendant**

**Sgt. Sapp**

**Defendant**

**R. Allen**
*Sgt.*

**Defendant**

**Sgt. Glass**

**Defendant**

**Sgt. Johnson**

**Defendant**

**Pilar Gudino**

**Defendant**

**Sgt. Richard**

**Defendant**

**Capt. Touchton**

**Defendant**

**Ebony Philmore-Harvey**

**Defendant**

**Ernetta P. Roberts**

**Defendant**

**Celeste Kemp**

**Defendant**

**K. Groover**

**Defendant**

**J. C. Greene**

**Defendant**

**J. White**

**Defendant**

**D. A. Johnson**

**Defendant**

**Waldo Kennedy**

**Defendant**

**W.T. Hunt**

**Defendant**

**Inspector Fontaine**

**Defendant**

**Off. Lauer**

**Defendant**

**Capt. Mann**

**Defendant**

**Louis Vargas**
*Gen. Coun.*

**Defendant**

**Rosa Carson**
*Gen Coun.*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/13/2006 | 1 | Prisoner Civil Rights COMPLAINT filed against all defendants ; jury demand filed by Steven A. McLeod. (Attachments: # 1 continue# 2 continue# 3 continue# 4 continue# 5 continue# 6 continue# 7 continue# 8 Exhibit 1# 9 Exhibit 2# 10 Exhibit 3# 11 Exhibit 4# 12 Exhibit 5# 13 Exhibit 6# 14 Exhibit 7# 15 Exhibit 8# 16 Exhibit 9# 17 Exhibit 10# 18 Exhibit 11# 19 Exhibit 12# 20 Exhibit 13# 21 Exhibit 14# 22 Exhibit 15# 23 Exhibit 16# 24 Exhibit 17) (1 Service Copy provided)(SJW, ) (Entered: 11/13/2006) |
| 11/13/2006 | 2 | MOTION for temporary restraining order by Steven A. McLeod. (SJW, ) (Entered: 11/13/2006) |
| 11/13/2006 | 3 | MOTION for leave to proceed in forma pauperis by Steven A. McLeod. (SJW, ) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 11/13/2006) |
| 11/13/2006 | 4 | NOTICE of intent to file a memorandum of law in support re 1 Complaint by Steven A. McLeod. (SJW, ) (Entered: 11/13/2006) |
| 11/13/2006 | 5 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 5/25/05. (SJW, ) (Entered: 11/13/2006) |
| 11/14/2006 | 6 | ORDER denying Motion for Temporary Restraining Order and Preliminary Injunction; dismissing case without prejudice. The Clerk is directed to enter judgment and close this case. (See Order for instruction to Clerk re: forms). Signed by Judge Henry Lee Adams Jr. on 11/14/2006. (MO) (Entered: 11/14/2006) |
| 11/15/2006 | 7 | JUDGMENT that pursuant to this Court's Order, entered on 11/14/06, this case is dismissed without prejudice. Signed by Deputy Clerk on 11/15/2006. (LRB) (Entered: 11/15/2006) |
| 11/20/2006 | 8 | NOTICE OF APPEAL as to 6 Order on motion for temporary restraining order, 7 Judgment by Steven A. McLeod. Filing fee not paid. (SEG) (Entered: 11/20/2006) |
| 11/20/2006 |  | TRANSMITTAL of initial appeal package to USCA consisting of certified copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 8 Notice of appeal. (SEG) (Entered: 11/20/2006) |
| 12/01/2006 | 9 | MOTION for leave to appeal in forma pauperis/affidavit of indigency by Steven A. McLeod. (SEG) (Entered: 12/01/2006) |
| 01/18/2007 | 10 | ORDER denying 9 Motion to Proceed In Forma Pauperis. The Court will not require Plaintiff to pay an initial partial filing fee. Plaintiff is assessed the total $455.00 appellate filing and docketing fees in this case and is required to make monthly payments until said amount is paid in full. (See Order for details re: payment and for instruction to the Clerk). Signed by Judge Henry Lee Adams Jr. on 1/18/2007. (MO) (Entered: 01/18/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/23/2007 10:37:08 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 3:06-cv-00989-HLA-MCR |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |