UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN A. MCLEOD,

        Plaintiff,

v.                      Case No. 3:06-cv-989-J-25MCR

JEB BUSH, etc.;
et al.,

        Defendants.

## ORDER

1.    This cause is before the Court upon Plaintiff's Notice of Appeal (Doc. #8) (filed November 17, 2006 pursuant to the mailbox rule) and Motion to Proceed on Appeal In Forma Pauperis (Doc. #9). This appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure because this case was properly dismissed for the reasons stated in the Court's Order of Dismissal Without Prejudice (Doc. #6). Thus, Plaintiff is not entitled to appeal as a pauper.

2.    Plaintiff's Motion to Proceed on Appeal In Forma Pauperis (Doc. #9), filed December 1, 2006, is **DENIED**; however, because Plaintiff has less than $10.00 accrued in his prison trust fund

account, the Court will not require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1). However, Plaintiff is **hereby assessed the total $455.00 appellate filing and docketing fees in this case.**

3. As funds become available in Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees of $455.00 are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be returned to the penal institution.

4. Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the

2

new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

5. The **Clerk of Court** shall **MAIL** a copy of this Order to: Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention: Anthony Miller.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of January, 2007.

UNITED STATES DISTRICT JUDGE

sa 1/8
c:
Steven A. McLeod
USCA

3