UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN A. McLEOD,            )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*  )<br>                              )<br>        Defendants.           )<br>                              ) | Civil Action No.: 06-247 (JDB) |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Revoke *In Forma Pauperis* Privileges and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Plaintiff's *in forma pauperis* status on appeal is revoked. Pursuant to Federal Rule of Appellate Procedure 24, Plaintiff may renew his motion directly with the D.C. Circuit Court of Appeals.

So ordered.

This _____ day of _____, 2007.

_____
JOHN D. BATES
United States District Judge