# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5033 September Term, 2006

06cv00247



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 2/15/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

Steven A. McLeod,
    Appellant

v.

Department of Justice, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG - 8 2007

CLERK

**BEFORE:** Sentelle, Rogers, and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance; the motion for summary reversal and the opposition thereto; the motion for sanctions and the opposition thereto; the motion for leave to file a response to the motion for sanctions and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly determined that the searches performed by the Federal Bureau of Investigation and the Executive Office for United States Attorneys were reasonably calculated to uncover all documents relevant to appellant's Freedom of Information Act request. See Iturralde v. Comptroller of Currency, 315 F.3d 311, 313-15 (D.C. Cir. 2003); Valencia-Lucena v. U.S. Coast Guard, 180 F.3d 321, 325-26 (D.C. Cir. 1999). It is

**FURTHER ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged motion. It is

**FURTHER ORDERED** that the motion for sanctions be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk

Per Curiam